**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Heartland Cabinetry And Furniture, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal **Employer Identification Number** (EIN) | **45-4947462** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7900 Valcasi Drive**<br>**Arlington, TX 76001**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Tarrant**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

DocuSign Envelope ID: C3FC41FB-55B2-46F9-8257-150215F6AD66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Heartland Cabinetry And Furniture, Inc.** _____ Case number *(if known)* _____

     Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

   Contact name _____

   Phone _____

---

**█  Statistical and administrative information**

**13.** **Debtor's estimation of available funds**      .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

DocuSign Envelope ID: C3FC4FFB-55B3-46F9-825F-150215F6AD66

DocuSign Envelope ID: C3FC4FF8-5EB3-46F9-8257-150215F6AD66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (*if known*) |
|--------|---------------------------------------------|--------------------------|
|        | Name                                        |                          |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

DocuSign Envelope ID: C3EC4FEB-55B3-46F9-825F-150215F6AD66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  8, 2023**
MM / DD / YYYY

DocuSigned by:

X *J. Marcus Scrudder*
F050E33F0F5443F...

Signature of authorized representative of debtor

Title   **President**

**J. Marcus Scrudder**
Printed name

**18. Signature of attorney**

X   /s/ Trey Monsour

Signature of attorney for debtor

Date   **December  8, 2023**
MM / DD / YYYY

**Trey Monsour**
Printed name

**Fox Rothschild LLP**
Firm name

**2501 N. Harwood St.**
**Suite 1800**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone   **(972) 991-0889**       Email address   **tmonsour@foxrothschild.com**

**14277200 TX**
Bar number and State

# HEARTLAND CABINETRY AND FURNITURE, INC.

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE DIRECTORS

IT IS RESOLVED that in the judgment of the Directors, it is desirable and in the best interests of Heartland Cabinetry And Furniture, Inc., a Texas corporation (the "Company"), that the Company commence a chapter 11 case (the "Chapter 11 Case") by filing a voluntary petition for relief under the provisions of chapter 11 of title 11, of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"); and it is

FURTHER RESOLVED that Marcus Scrudder (the "Proper Officer") is hereby authorized and empowered to execute and verify or certify on behalf of, and in the name of, the Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code and to cause appropriate documents to be filed in the United States Bankruptcy Court for the District of Nevada, and any affidavits, forms, schedules, lists, applications or any other pleadings or documents which are necessary or appropriate to file the voluntary petition; and it is

FURTHER RESOLVED that the Proper Officer of the Company be, and they hereby is, authorized and empowered to execute on behalf of, and in the name of, the Company any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that in connection with the commencement of the chapter 11 case by the Company, the Proper Officer of the Company be and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and file all first-day pleadings and related documents on such terms and conditions as such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and it is

FURTHER RESOLVED that the law firm of Fox Rothschild, LLP, is hereby employed as general bankruptcy counsel for the Company upon such terms and conditions as the Proper Officer shall approve, to render legal services to, and to represent, the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval, and in connection therewith, the Proper Officer of the Company is hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case and cause to be filed with the Bankruptcy Court an appropriate application for authority to retain the services of such firm; and it is

FURTHER RESOLVED that the Proper Officer of the Company is hereby authorized to employ and retain on behalf of the Company such other professionals as he deems necessary or appropriate upon such terms and conditions as the Proper Officer shall

DocuSign Envelope ID: 23FC4FF8-75B2-46F9-825F-150215F6AD66

approve, to provide services to the Company as may be requested by the Proper Officer of the Company in connection with the chapter 11 case and with respect to other related matters, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED that the Proper Officer of the Company be, and he hereby is, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral, and to enter into any guarantees and to pledge or grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements, and in connection therewith, such affairs of the Company, is hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents; and it is

FURTHER RESOLVED that the Proper Officer of the Company is authorized and directed to take any and all further action, and to execute and deliver in the name of, and on behalf of, the Company, any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out the full intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED that all acts lawfully done or actions lawfully taken by the Proper Officer or the Director of the Company to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code or in any other connection with the chapter 11 case of the Company, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed, and approved.

[THE REMAINDER OF THIS PAGE HAS INTENTIONALLY BEEN LEFT BLANK. SIGNATURE PAGE TO FOLLOW.]

152548634.2

IN WITNESS WHEREOF, the undersigned has signed this Written Consent as of this  8th  day of December, 2023.

**HEARTLAND CABINETRY AND
FURNITURE, INC., a Texas corporation**

By:

DocuSigned by:

*J. Marcus Scudder*

F050E33F0F5443F...

Name:  J. Marcus Scudder
Title:   President

By:

DocuSigned by:

*Pamela Kiper*

2AA628AAD5E240D...

Name:  Pamela Kiper
Title:   Secretary

152548634.2

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Heartland Cabinetry And Furniture, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule _____*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  8, 2023**         *J. Marcus Scrudder*
                                     F050E33F0F5443F...
                                Signature of individual signing on behalf of debtor

                                **J. Marcus Scrudder**
                                Printed name

                                **President**
                                Position or relationship to debtor

Official Form 202                          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

DocuSign Envelope ID: C3FC4FF8-55B3-46F9-825F-150215F6AD66

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Heartland Cabinetry And Furniture, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BARNEY ROBINSON HARDWOODS P.O. BOX 2374 FT. WORTH, TX 76113** | | **Trade debt (Material Supplier)** | | | | **$10,834.22** |
| **COMPLETE CONSUMER SOLUTIONS, INC 170 S GREEN VALLEY PKWY, SUITE 300 HENDERSON, NV 89012** | | **Trade debt (ERC Credit Services)** | | | | **$107,836.27** |
| **HALO WOODS 2386 FARADAY AVE, SUITE 125 CARLSBAD, CA 92008** | | **Trade Debt (Material Supplier)** | | | | **$23,635.05** |
| **HARDWARE RESOURCES P.O. BOX 732674 DALLAS, TX 75373-2674** | | **Trade Debt (Material Supplier)** | | | | **$22,551.47** |
| **HARDWOODS SPECIALTY PRODUCTS 833 S. GREAT SOUTHWEST PKWY GRAND PRAIRIE, TX 75051** | | **Trade Debt (Material Supplier)** | | | | **$139,015.43** |
| **INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039** | | **940/941 Taxes** | | | | **$165,096.31** |

| Debtor | Heartland Cabinetry And Furniture, Inc. | | Case number (if known) | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | | 940/941 Taxes | | | | $158,793.57 |
| INTERNAL REVENUE SERVICE DEPARTMENT OF THE TREASURY OGDEN, UT 84201-0010 | | Tax Penalty for Non-Payment of 2021 940/941 | | | | $74,665.96 |
| INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | | 940/941 Taxes | | | | $68,646.59 |
| INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | | 940/941 Taxes | | | | $20,278.27 |
| INTERNAL REVENUE SERVICE OGDEN, UT 84201-0039 | | 940/941 Taxes | | | | $14,482.06 |
| JOSEPH HOGAN 1723 FOREST HILLS DR. HARKER HEIGHTS, TX 76548-1825 | | Business Loan | | | | $140,000.00 |
| KELLY-MOORE PAINTS PO BOX 59724 LOS ANGELES, CA 90074-9724 | | Trade Debt (Material Supplier) | | | | $50,414.24 |
| MJB WOOD GROUP PO BOX 207686 DALLAS, TX 75320-7686 | | Trade Debt (Material Supplier) | Disputed | | | $66,216.80 |
| NEXTLEVEL STAFFING C/O BRIDGEPORT CAPITAL FUNDINGS PO BOX 101004 ATLANTA, GA 30392-1004 | | Trade debt (Labor Supplier) | | | | $15,973.15 |
| PASSMAN AND JONES 1201 ELM STREET DALLAS, TX 75270 | | Legal Services | | | | $10,935.00 |

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SLR TEXAS CONSTRUCTION, LLC 2300 N. FIELD STREET, SUITE 800 DALLAS, TX 75201** | | **Business Loan** | | | | **$395,000.00** |
| **Tarrant County, et al. LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2777 N. STEMMONS FWY, SUITE 1000 DALLAS, TX 75207** | | **Property Tax Collector** | | **$15,045.44** | **$0.00** | **$15,045.44** |
| **TEXAS COMPTROLLER OF PUBLIC ACCOUNTS P.O. BOX 149348 AUSTIN, TX 78714-9348** | | **Franchise Tax** | | | | **Unknown** |
| **WTC LUMBER P.O. BOX 360 LINDEN, TX 76001** | | **Trade Debt (Material Supplier)** | | | | **$57,882.64** |

DocuSign Envelope ID: C3FC4FFB-F5B3-4EF9-825F-150215F6AD66

| Fill in this information to identify the case: |
|---|

Debtor name    **Heartland Cabinetry And Furniture, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................................   $           **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................................   $     **1,027,237.60**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................................................   $     **1,027,237.60**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $     **1,840,513.39**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **546,638.77**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$     **1,096,052.43**

4.   Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b                                                                                    $    **3,483,204.59**

| Fill in this information to identify the case: |
|---|
| Debtor name **Heartland Cabinetry And Furniture, Inc.** |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **MapleMark Bank Reagan Place at Old Park and 3963 Maple Avenue, Suite 260 Dallas, TX  75219** | **Business Checking** | **5090** | $0.00 |
| 3.2. | **Frost Bank P.O. Box 16509 Fort Worth, Texas  76162** | **Business Checking (401k Account)** | **2633** | $9.58 |
| 3.3. | **Frost Bank P.O. Box 16509 Fort Worth, Texas  76162** | **Business Checking** | **6433** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $9.58 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

DocuSign Envelope ID: C3FC4FF8-55B3-46F9-825F-15021 5F6AD66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **780,828.02**    -    **0.00**    = ....    **$780,828.02**

_____    _____
face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$780,828.02**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Raw Materials (See Attached List) 308 South Mockingbird Lane, Keene, TX  76059 (Import Cabinets $87,292) 7900 Valcasi Drive, Arlington, TX 76001 (Remainder)** | | **$135,000.00** | **Recent cost** | **$135,000.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**    **$135,000.00**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

- ■ No
- □ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- □ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- □ No. Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Various Office Desks, Chairs, and related furniture** | **$5,000.00** | **N/A** | **$5,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, Software, Copier, and related computer accessories** | **$2,000.00** | **N/A** | **$2,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | **$7,000.00** |
|---|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | | |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

- ■ No
- □ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

- ■ No
- □ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- □ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

DocuSign Envelope ID: C3FC41FF8-F5B3-46F9-825F-15021F6AD66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | <sub>Name</sub> | | | |

| | | | | |
|---|---|---|---|---|
| 47.1. | **2004 Ford F250 (VIN 1FTNF21L24EC898U5)** | $4,000.00 | Comparable sale | $4,000.00 |
| 47.2. | **2013 Wells Cargo 21' Trailer (Serial No. 93 44425)** | $5,500.00 | Comparable sale | $5,500.00 |
| 47.3. | **2013 Wells Cargo 14' Trailer (No Serial No.)** | $3,500.00 | Comparable sale | $3,500.00 |
| 47.4. | **2006 Wells Cargo 21' Trailer (Unknown Serial No.)** | $450.00 | Comparable sale | $450.00 |
| 47.5. | **2014 Ford F-250 (VIN 1FT7W2A68EEA37755)** | $5,500.00 | Comparable sale | $5,500.00 |
| 47.6. | **2014 Ford Fusion (VIN 3FA6P0G78ER128427)** | $1,850.00 | Comparable sale | $1,850.00 |
| 47.7. | **2015 Ford 350 Transit Van (VIN 1FTSW3XG0FKS15512)** | $14,000.00 | Comparable sale | $14,000.00 |
| 47.8. | **2015 Ford F-150 XL (VIN 1FTEW1EF3FK0934)** | $4,800.00 | Comparable sale | $4,800.00 |
| 47.9. | **2015 Ford Transit Express (VIN NM0LS7E70F1227551)** | $6,800.00 | Comparable sale | $6,800.00 |
| 47.10. | **2017 Acura MDX (VIN 5J8YD3H50HL001976)** | $18,000.00 | Comparable sale | $18,000.00 |
| 47.11. | **2017 Ford F-150 XL (VIN 1FTEX1C85HKE55452)** | $5,500.00 | Comparable sale | $5,500.00 |
| 47.12. | **2017 Interstate Trailer (VIN 4RAVS2421HC046953)** | $3,500.00 | Comparable sale | $3,500.00 |
| 47.13. | **2020 GMC Sierra AT4 (VIN 1GTU9EETXLZ293915)** | $31,000.00 | Comparable sale | $31,000.00 |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **See Attached List.** | Unknown | Replacement | Unknown |

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 4

Debtor   **Heartland Cabinetry And Furniture, Inc.**                    Case number *(If known)* _____
         Name

51.   **Total of Part 8.**                                                              | $104,400.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **7900 Valcasi Drive, Arlington, Texas 76001** | **Lessee** | **Unknown** | | **$0.00** |

56.   **Total of Part 9.**                                                              | $0.00 |
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

DocuSign Envelope ID: C3FC4FF8-55B3-46F9-825F-15021F6AD66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$9.58** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$780,828.02** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$135,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$7,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$104,400.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,027,237.60** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,027,237.60** |

DocuSign Envelope ID: C3EC4F58-F5B3-46E9-825F-150215F6AD66

A/R as of November 30, 2023 (Schedule B - Q. 11)

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| COUTO HOMES | 0.00 | 58,863.24 | 25,780.69 | 0.00 | 47,387.14 | 132,031.07 |
| FRED EVANS CUSTOM HOMES | 0.00 | 0.00 | 0.00 | 0.00 | 2,732.00 | 2,732.00 |
| HEADLINE CONSTRUCTION | 0.00 | 16,500.00 | 0.00 | 0.00 | 0.00 | 16,500.00 |
| HEATHERDALE CUSTOM HOMES | 0.00 | 0.00 | 0.00 | 0.00 | 1,395.00 | 1,395.00 |
| HOLT, KRISTI | 0.00 | 8,684.62 | 0.00 | 0.00 | 0.00 | 8,684.62 |
| MJB | 0.00 | 0.00 | 0.00 | 0.00 | 30,000.00 | 30,000.00 |
| MODERN LIVING | 0.00 | 12,500.00 | 0.00 | 0.00 | 0.00 | 12,500.00 |
| MODULAR PLUS | 0.00 | 0.00 | 0.00 | 0.00 | 547,151.60 | 547,151.60 |
| QUANTUM CUSTOM HOMES, INC. | 0.00 | 3,045.78 | 0.00 | 0.00 | 0.00 | 3,045.78 |
| STRANGE & SONS DEVELOPMENT | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| WHITLER CONSTRUCTION | 0.00 | 26,287.95 | 0.00 | 0.00 | 0.00 | 26,287.95 |
| TOTAL | 0.00 | 126,381.59 | 25,780.69 | 0.00 | 628,665.74 | 780,828.02 |

DocuSign Envelope ID: 23F04FF8-5B3-46F9-825F-150215F6A966

Schedule B - Question 19 - Inventory (Raw Materials)

**Inventory Listing**

| Qty | Wood type | Description | Price ea | | Ext | |
|---|---|---|---|---|---|---|
| 3,000 | Misc | 1-3" Moulding | $ | 1 | $ | 3,000 |
| 480 | Misc | Over 3" Moulding | $ | 2 | $ | 768 |
| 1,500 | Misc | 1-3" Moulding | $ | 1 | $ | 1,500 |
| 1,200 | Misc | Over 3" Moulding | $ | 2 | $ | 1,920 |
| 2,000 | Misc | Crown Molding | $ | 3 | $ | 5,700 |
| 1,200 | Misc | 1-3" Moulding | $ | 1 | $ | 1,200 |
| 3,600 | Misc | Under 1" Moulding | $ | 1 | $ | 2,700 |
| 3,000 | Misc | 1-3" Moulding | $ | 1 | $ | 3,000 |
| 1,000 | Misc | Under 1" Moulding | $ | 1 | $ | 750 |
| 1,200 | Oak | Over 3" Moulding | $ | 3 | $ | 3,000 |
| 35 | Misc | E Crown | $ | 4 | $ | 123 |
| 100 | Misc | Drawer guides (bulk) | $ | 12 | $ | 1,150 |
| 400 | Misc | Hinges (soft / regular) | $ | 2 | $ | 660 |
| 85 | | 1/4" plywood | $ | 43 | $ | 3,686 |
| 10 | Ash | 3/4" plywood | $ | 87 | $ | 870 |
| 5 | oak | 3/4" plywood | $ | 106 | $ | 532 |
| 20 | birch | 3/4" plywood | $ | 63 | $ | 1,255 |
| 40 | birch | 5/8" plywood | $ | 49 | $ | 1,950 |
| 4 | alder | 3/4" plywood | $ | 133 | $ | 530 |
| 4 | maple | 3/4" plywood | $ | 111 | $ | 442 |
| 2 | s alder | 3/4" plywood | $ | 106 | $ | 213 |
| 4 | hickory | 3/4" plywood | $ | 128 | $ | 511 |
| 40 | Misc | 1/4-3/4" plywood | $ | 50 | $ | 2,000 |
| 2 | Walnut | 3/4" plywood | $ | 144 | $ | 289 |
| 10 | birch | 1/2" 5x5 | $ | 51 | $ | 506 |
| 20 | various | 1/8" cabinet backer | $ | 9 | $ | 186 |
| 3 | various | wood veneers | $ | 116 | $ | 348 |
| 1,500 | Misc | various hardwoods | $ | 3 | $ | 4,890 |
| 40 | Melamine | 2-sided melamine | $ | 36 | $ | 1,450 |
| 20 | MDF | 1/2" MDF | $ | 26 | $ | 520 |
| 10 | Particle Board | 3/4" Partical board | $ | 24 | $ | 240 |
| 10 | Particle Board | 5/8" Partical board | $ | 40 | $ | 400 |
| 1 | Various | Import Cabinets | $ | 87,292 | $ | 87,292 |
| 1 | various | Import Hardware | $ | 616 | $ | 616 |
| 0 | | White Glue | $ | 3,650 | $ | 50 |
| 5 | gallons | Laquer, sanding sealer | $ | 21 | $ | 105 |
| 1 | lot | various screws | $ | 250 | $ | 650 |
| | | | | | | |
| | | | | | | |
| | | | | | $ | 135,000 |

Non-Wood Inventory                                    $       2,615

DocuSign Envelope ID: 23FC4E78-F5BA-46F9-825F-150215F6AD66

Case 23-43767-elm11    Doc 1    Filed 12/08/23    Entered 12/08/23 19:06:36    Desc Main
Heartland Cabinetry and Furniture    (Schedule B - Question 50)
Document    Page 22 of 107

## Machinery Information

| Manufacturer | Description | QTY | Model | Year | Serial # |
|---|---|---|---|---|---|
| Anderson | CNC Router | 1 | Exxact Plus | 2006 | FAANCEX951 |
| Becker | Vacuum Pump | 1 | VTLF 2.500 / 0 - 79 | 2015 | 2924279 |
| Becker | Vacuum Pump | 1 | VTLF 2.500 / 0 - 79 | 2008 | |
| Blum | punch machine | 1 | | | |
| Cemco | Wide Belt Sander | 1 | | 2000 | |
| Crouch | Belt Sander | 1 | 81-70 | 1997 | |
| Diehl | Straight Line Rip Saw | 1 | SL-30 | 2006 | 06M-6873-6289 |
| Door Frame Clamps | | 2 | | | |
| Doucet | Feedback-24 | 2 | | 2010 | |
| Frame Assy Tables | | 2 | | | |
| GEBR Becket | vacuum system | 1 | | | |
| Hardware Resources | Door Hinge Borer | 1 | | | |
| Hoffman | Door Miter Fastner Notcher | 1 | MU2-P | 2006 | 94767 |
| Hoffman | End Knotcher (Frames) | 1 | Morso | | 74499 |
| Holz Her | Vertical Panel Saw | 1 | 1220 Super | | |
| Ironwood | Double Sided Planer | 1 | S 2500 | 2013 | T4267 |
| Ironwood | Upcut Chop Saw W/Tiger Stop | 1 | CUT18R | 2013 | 110198 |
| Kaeser | Air Compressor | 1 | ASD 30 | 2006 | 1034 |
| Komatsu | 5000' Forklift | 1 | | 2008 | |
| Komo | CNC Router | 1 | VR508MACHONE | 2001 | 34390-03-01-01 |
| L & L Machine | Panel Gluer | 1 | GA -43 | 1990 | 85-716 |
| Maggi | Shaper Belt Feeder | 1 | Steff 2034 | | 2703704 |
| misc | small heads - tooling | | | | |
| Norfield | Upcut Chop Saw W/Tiger Stop | 1 | Auto Framer | | V85-045 |
| Omec | Dovetail Cutter | 1 | 650 M | 2006 | 60070 |
| Phelps Fan | Dust Collector Transfer Fan | 1 | W-575 | | 102379 |
| Pneumatech | Air Dryer | 1 | AD-250 | 2013 | CAI500988 |
| Powermatic | Band Saw | 1 | 141 | | 9541116 |
| Powermatic | band saw | 1 | | | 9541116 |
| Powermatic | Table Saws | 3 | 66 | | |
| Quincy | qsvi40ann2h - vacuum | 1 | | 2008 | 90663J |
| Ridgid | Table Saw | 2 | R4512 | | |
| Ritter | horizontal drill face frames | 1 | | 2017 | |
| Ritter | horizontal drill face frames | 1 | | 2011 | |
| Schutte | Hammer Mill F-30 | 1 | 40.HZF | | 301 |
| SCMI | 6.3 horse shaper with power feed | 1 | | | |
| SCMI | 6.3 horse shaper with power feed | 1 | | | |
| SCMi | SANDYA 5S Belt Sander | 1 | | 2000 | |
| SCMI | SANDYA 7 S Belt Sander | 1 | 7/S M3 110 | 2005 | AE / 028073 |
| Sears Roebuck | 17-in Drill Press | 1 | 3.2 - 317 | | 9616400021 |
| Sullivan | Palatek Air Compressor | 1 | 30D7 | 2004 | |
| Takekawa | automatic rip saw | 1 | RG-30S | 1988 | 227 |
| Tiger Stop | automatic stop guages / pusher system | 1 | | | |
| Tiger Stop | automatic stop guages / pusher system | 1 | | | |
| Tiger Stop | automatic stop guages / pusher system | 1 | | | |
| Tiger Stop | automatic stop guages / pusher system | 1 | | | |
| Unique | Mortise and Tenon Machine | 1 | | | |
| Various | Hand Tools | 1 | | | |
| Voorwood | Dual Spindle Coping  Shaper | 1 | A26A | 2007 | 2491 |
| Voorwood | Series 115/117 Edge Machine | 1 | A1150 | 2007 | 2497 |
| Voorwood | Series 15 Stile & Rail Shaper | 1 | A15BB | 2007 | |
| Voorwood | Series 515 CNC Edge Machine | 1 | A515B-CNC | 2006 | 2466 |

DocuSign Envelope ID: 23F64FF8-55B2-46F9-825F-150215F6AD66

**Heartland Cabinetry and Furniture**

| Machinery Information | | | | | |
|---|---|---|---|---|---|
| **Manufacturer** | **Description** | **QTY** | **Model** | **Year** | **Serial #** |
| Wall Lenk | Wallbrand Pneumatic Brander | 1 | | | |
| Whirlwind | Upcut Chop Saw W/Tiger Stop | 1 | 1000R | | 1815490R |
| Whirlwind | Upcut Chop Saw W/Tiger Stop | 1 | 1000L | | 1815433L |
| | laser straight line machine | 1 | | | |
| Col-Met | Spray Booth w/ Fire Suppression | 1 | CP-230-1P-5-1F | 2014 | 1408-06 Job#46466 |
| Kreg | Double Pocket Screw Borer | 1 | DK3100 | 2015 | 570487 |
| Kremlin | HVLP Air Assist Paint Sprayer | 1 | | 2015 | |
| Graco | Air Assist Paint Sprayer | 1 | | 2014 | |
| Phelps Fan | Dust Collector Transfer Fan | 1 | W-575 | 2017 | 102379 |
| Ingersol Rand | Air Compressor | 1 | | 2008 | |
| Ingersol Rand | Dryer | 1 | | 2017 | |
| Nederman | Dust Collector | 1 | | 2017 | |
| Various | Airless Spray Equipment | 3 | | | |
| | Fire proof cabinets | 7 | | | |
| Hytrol | 10' Conveyor | 1 | | | |
| | Hand Tools | 1 | | | |
| DeWalt | Miter Saw | 1 | | | |
| Powermatic | Table Saw | 1 | | | |
| Powermatic | Table Saw | 2 | | | |
| Felder | Edge Bander | 1 | | 2016 | |
| Ritter | Pocket Drill Boring Machine | 1 | R200T | 2001 | 3949 |
| Powermatic | Band Saw | 1 | 43 | | 93430572 |
| Various | Miter Chop Saws | 3 | | | |
| Hardware Resources | Door Hinge Borer | 1 | | | |
| Ingersol Rand | 20HP Air Compressor | 1 | | | |
| Lobo | Dust Collector | 1 | | | |
| Travaini | Vacuum Pump | 1 | IR0500S-1A | 2007 | 34780-07 |
| Ingersol Rand | Air Dryer | 1 | D17OIT | | |
| Evans Machinery | Pinch Roller | 1 | | 2016 | |
| Husky | Air Compressor | 1 | C801H | 2015 | |
| HMT | Hot Glue Laminate Machine | 1 | Advantage | 2015 | |
| Various | Stone Cutting tools | | | 2022 | |

**Fill in this information to identify the case:**

Debtor name    **Heartland Cabinetry And Furniture, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **ALLY FINANCIAL** | Describe debtor's property that is subject to a lien | $25,467.95 | $31,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 9001951
LOUISVILLE, KY
40290-1951**
Creditor's mailing address

**2020 GMC Sierra AT4 (VIN
1GTU9EETXLZ293915)**

Describe the lien
**Vehicle Loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**2028**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **MAPLE MARK** | Describe debtor's property that is subject to a lien | $1,800,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**4143 MAPLE AVE, SUITE
100
DALLAS, TX 75219**
Creditor's mailing address

**Business Loan (UCC-1)**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2023**
**Last 4 digits of account number**
**5805**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | Heartland Cabinetry And Furniture, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Tarrant County, et al. | Describe debtor's property that is subject to a lien | $15,045.44 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
2777 N. STEMMONS FWY,
SUITE 1000
DALLAS, TX 75207**

Creditor's mailing address

**Property Tax Collector**

**Describe the lien**

**Property Taxes**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

**2023**

Last 4 digits of account number

**NONE**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,840,513.39 |
|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **LINEBARGER GOGGAN BLAIR AND SAMPSON, LLP**<br>**100 THROCKMORTON, SUITE 1700**<br>**Fort Worth, TX 76102** | Line  **2.3** | |
| **MapleMark Bank**<br>**Reagan Place at Old Park and**<br>**3963 Maple Avenue, Suite 260**<br>**Dallas, TX 75219** | Line  **2.2** | |
| **TARRANT COUNTY TAX OFFICE**<br>**100 E WEATHERFORD STREET**<br>**FORT WORTH, TX 76196** | Line  **2.3** | |

---

DocuSign Envelope ID: C3EC4F5B-55B3-46F9-8257-150215F6AD66

| Fill in this information to identify the case: |
|---|

Debtor name __**Heartland Cabinetry And Furniture, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**ADAM B WYNN**<br>**5329 Glade Ln.**<br>**Grapevine, TX 76051** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/1/2023** | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number **None**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**AMPARO JIMENEZ**<br>**3316 Bryan Ave.**<br>**Fort Worth, TX 76110** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/1/2023** | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number **None**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

DocuSign Envelope ID: C3EC4FF8-55B3-46F9-825F-15021F56AD66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**ANDREA GOMEZ**
**7832 West Park Ln.**
**Mansfield, TX 76063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **12/1/2023** | **Employee Wages** |

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**ANHTUNG M LE**
**6020 Brandy Wood Tr.**
**Fort Worth, TX 76018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **12/1/2023** | **Employee Wages** |

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**CLETO BECERRA**
**3316 Bryan Ave.**
**Fort Worth, TX 76110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **12/1/2023** | **Employee Wages** |

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**EDUARDO N PEREZ**
**7125 Misty Meadows Dr.**
**Fort Worth, TX 76133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| **12/1/2023** | **Employee Wages** |

Last 4 digits of account number **None**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**EDWARD BARBER**
**6608 Olive Wood Dr.**
**Arlington, TX 76001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**ELADIO DELGADILLO**
**5672 Comer Dr.**
**Fort Worth, TX 76134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**ERICK MOREIRA**
**1211 Stone Creek Dr.**
**Mansfield, TX 76063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**FILIBERTO HERRERA**
**612 McCurdy St.**
**Fort Worth, TX 76104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

**GINA TORRES**
**3203 Willing Ave.**
**Fort Worth, TX 76110**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$319.41** | **$319.41** |
| --- | --- | --- | --- | --- |

**INTERNAL REVENUE SERVICE**

OGDEN, UT 84201-0039

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**12/31/2022**

Basis for the claim:
**940/941 Taxes**

Last 4 digits of account number **7462**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$74,665.96** | **$0.00** |
| --- | --- | --- | --- | --- |

**INTERNAL REVENUE SERVICE**
**DEPARTMENT OF THE TREASURY**
**OGDEN, UT 84201-0010**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Tax Penalty for Non-Payment of 2021 940/941**

Last 4 digits of account number **7462**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,522.34** | **$0.00** |
| --- | --- | --- | --- | --- |

**INTERNAL REVENUE SERVICE**
**DEPARTMENT OF THE TREASURY**
**OGDEN, UT 84201-0010**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**2023**

Basis for the claim:
**Tax Penalty for Non-Payment of 2023 940/941**

Last 4 digits of account number **7462**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

DocuSign Envelope ID: C3EC4EE8-55B2-46F9-825F-150215F6AD66

| | |
|---|---|
| Debtor | **Heartland Cabinetry And Furniture, Inc.** |
| | Name |

Case number (if known) _____

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,482.06 | $14,482.06 |
|---|---|---|---|---|
| | **INTERNAL REVENUE SERVICE** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **OGDEN, UT 84201-0039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred **03/31/2023** | Basis for the claim: **940/941 Taxes** | | |
| | Last 4 digits of account number **7462** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68,646.59 | $68,646.59 |
|---|---|---|---|---|
| | **INTERNAL REVENUE SERVICE** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **OGDEN, UT 84201-0039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred **06/30/2023** | Basis for the claim: **940/941 Taxes** | | |
| | Last 4 digits of account number **7462** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,591.27 | $9,591.27 |
|---|---|---|---|---|
| | **INTERNAL REVENUE SERVICE** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **OGDEN, UT 84201-0039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred **12/31/2022** | Basis for the claim: **940/941 Taxes** | | |
| | Last 4 digits of account number **7462** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,278.27 | $20,278.27 |
|---|---|---|---|---|
| | **INTERNAL REVENUE SERVICE** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **OGDEN, UT 84201-0039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred **09/30/2022** | Basis for the claim: **940/941 Taxes** | | |
| | Last 4 digits of account number **7462** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165,096.31 | $165,096.31 |
|---|---|---|---|---|
| | **INTERNAL REVENUE SERVICE** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **OGDEN, UT 84201-0039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **03/31/2022** | **940/941 Taxes** |

| Last 4 digits of account number **7462** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158,793.57 | $158,793.57 |
|---|---|---|---|---|
| | **INTERNAL REVENUE SERVICE** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **OGDEN, UT 84201-0039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/31/2021** | **940/941 Taxes** |

| Last 4 digits of account number **7462** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.00 | $67.00 |
|---|---|---|---|---|
| | **INTERNAL REVENUE SERVICE** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **OGDEN, UT 84201-0039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **03/31/2019** | **940/941 Taxes** |

| Last 4 digits of account number **7462** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.00 | $67.00 |
|---|---|---|---|---|
| | **INTERNAL REVENUE SERVICE** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **OGDEN, UT 84201-0039** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **03/31/2019** | **940/941 Taxes** |

| Last 4 digits of account number **7462** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JOE M SCRUDDER, JR**
**3451 Chapel Oaks, #403**
**Coppell, TX 75019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JORGE GARCIA**
**7305 Twin Parks Dr.**
**Arlington, TX 76001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JORGE MORENO PIMENTEL**
**521 McCurdy St.**
**Fort Worth, TX 76104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**JOSE J HERRERA**
**521 McCurdy St.**
**Fort Worth, TX 76104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**KASSIA GARCIA**
**5405 Prince Dr.**
**Dallas, TX 75065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**KENNETH R ROBERTS**
**3610 Twin Creeks Dr.**
**Cleburne, TX 76031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MA CRISTINA GALLEGOS**
**1714 Glynn Oaks Dr.**
**Arlington, TX 76010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MARGARITO MARTINEZ**
**1210 W. Fogg St.**
**Fort Worth, TX 76110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

DocuSign Envelope ID: C3FC4FFB-55B2-46F9-825F-15D215F6AD66

Debtor **Heartland Cabinetry And Furniture, Inc.**
_____
Name

Case number (if known) _____

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**MELCHOR VIZCARRA**
**4109 Brambleton Pl.**
**Forest Hill, TX 76119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**PAMELA A KIPER**
**220 Laurel St.**
**Mansfield, TX 76063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**ROSA VISCARRA**
**4109 Brambleton Pl.**
**Forest Hill, TX 76119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**STEVEN BEAL**
**1140 Baroncrest Dr.**
**Arlington, TX 76017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/1/2023**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number **None**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,650.00 | Unknown |
|---|---|---|---|---|

| 2.35 | Priority creditor's name and mailing address<br>**TEXAS COMPTROLLER OF**<br>**PUBLIC ACCOUNTS**<br>**P.O. BOX 149348**<br>**AUSTIN, TX 78714-9348** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,650.00 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Franchise Tax** | | |
| | Last 4 digits of account number **8196** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>**TEXAS WORKFORCE**<br>**COMMISSIONS**<br>**P O BOX 149037**<br>**FORT WORTH, TX 76102** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,458.99 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2023** | Basis for the claim:<br>**Unemployment Taxes** | | |
| | Last 4 digits of account number **5139** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address<br>**TROY CULP**<br>**PO Box 2287**<br>**Burleson, TX 76097** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/1/2023** | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number **None** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address<br>**YOLANDA E SALAZAR**<br>**12280 Rondon Rd., D4**<br>**Kennedale, TX 76028** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/1/2023** | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number **None** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Heartland Cabinetry And Furniture, Inc.**
    Name

Case number (if known) _____

---

**3.1** Nonpriority creditor's name and mailing address

**ABS TRIM AND CABINETS**
**1521 TEDDY TRAIL**
**GLENN HEIGHTS, TX 75154**

Date(s) debt was incurred **2023**

Last 4 digits of account number **NONE**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,130.00**

---

**3.2** Nonpriority creditor's name and mailing address

**ALAN-ANTHONY ABRASIVES, LLC**
**P.O. BOX 381442**
**DUNCANVILLE, TX 75138**

Date(s) debt was incurred **2023**

Last 4 digits of account number **NONE**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3** Nonpriority creditor's name and mailing address

**ALLY FINANCIAL**
**PO BOX 9001951**
**LOUISVILLE, KY 40290-1951**

Date(s) debt was incurred **2023**

Last 4 digits of account number **2028**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vehicle Loan (Repossessed)**
**2017 Ford Transit Van (VIN NM0LS7E7XH1336974)**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.4** Nonpriority creditor's name and mailing address

**ALLY FINANCIAL**
**P.O. BOX 9001951**
**Louisville, KY 40290-1951**

Date(s) debt was incurred **2023**

Last 4 digits of account number **3987**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vehicle Loan (Repossessed) 2017 Ford F-150 (VIN**
**1FTEW1CP8HKD92275)**

Is the claim subject to offset? ■ No ☐ Yes

**$4,889.00**

---

**3.5** Nonpriority creditor's name and mailing address

**AMERICAN FUNDS**
**P.O. BOX 659530**
**SAN ANTONIO, TX 78265-9530**

Date(s) debt was incurred **2023**

Last 4 digits of account number **NONE**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **401(k) Advisor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.6** Nonpriority creditor's name and mailing address

**APOLLO MACHINE TOOL SERVICES, INC.**
**PO BOX 5708**
**ARLINGTON, TX 76005**

Date(s) debt was incurred **2023**

Last 4 digits of account number **NONE**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt (Repair Services)**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7** Nonpriority creditor's name and mailing address

**ARLINGTON UTILITIES**
**P.O. BOX 90020**
**ARLINGTON, TX 76004-0020**

Date(s) debt was incurred **2023**

Last 4 digits of account number **NONE**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

DocuSign Envelope ID: C3FC4F5B-55B3-46F9-825F-150215F6AD66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,834.22**

**BARNEY ROBINSON HARDWOODS**
**P.O. BOX 2374**
**FT. WORTH, TX 76113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade debt (Material Supplier)**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BAZLEY, REBEKKAH**
**122 COZY COURT**
**CHICO, TX 76431**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade Debt (Warranty)**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BEBERSTEIN, DANIEL**
**2381 CR208**
**ALVARADO, TX 76009**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade Debt (Warranty)**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BELLINGER & SUBERG L.L.P.**
**12221 MERIT DRIVE, SUITE 1750**
**DALLAS, TX 75251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Legal Services**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BLACK OAK RENOVATIONS**
**342 CR 2420**
**PICKTON, TX 75471**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade Debt (Warranty)**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BLOYEN, GLENDA & NICHOLAS**
**487 STONEY ACRES**
**PONDER, TX 76259**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade Debt (Warranty)**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BLUE QUAIL BUILDERS**
**3535 W 7TH ST. B**
**FORT WORTH, TX 76107**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade Debt (Warranty)**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Heartland Cabinetry And Furniture, Inc.**                     Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.15 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **BRABEC CUSTOM HOMES** | ☑ Contingent |
| **1015 CHAMPIONS DR, SUITE 125** | ☑ Unliquidated |
| **ALEDO, TX 76008** | ☐ Disputed |
| Date(s) debt was incurred **2023** | Basis for the claim: **Trade Debt (Warranty)** |
| Last 4 digits of account number **NONE** | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| 3.16 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **BRAZOS FOREST PRODUCTS** | ☐ Contingent |
| **2760 N. GREAT SOUTHWEST PARKWAY** | ☐ Unliquidated |
| **GRAND PRAIRIE, TX 75050** | ☐ Disputed |
| Date(s) debt was incurred **2023** | Basis for the claim: **Trade debt (Material Supplier)** |
| Last 4 digits of account number **NONE** | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| 3.17 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **CAPITAL ONE SPARK VISA** | ☐ Contingent |
| **PO BOX 71083** | ☐ Unliquidated |
| **CHARLOTTE, NC 28272-1083** | ☐ Disputed |
| Date(s) debt was incurred **2023** | Basis for the claim: **Credit card purchases** |
| Last 4 digits of account number **NONE** | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| 3.18 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$107,836.27** |
| **COMPLETE CONSUMER SOLUTIONS, INC** | ☐ Contingent |
| **170 S GREEN VALLEY PKWY, SUITE 300** | ☐ Unliquidated |
| **HENDERSON, NV 89012** | ☐ Disputed |
| Date(s) debt was incurred **2023** | Basis for the claim: **Trade debt (ERC Credit Services)** |
| Last 4 digits of account number **NONE** | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| 3.19 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **COUTO HOMES** | ☑ Contingent |
| **2155 E. HWY 377** | ☑ Unliquidated |
| **GRANBURY, TX 76048** | ☐ Disputed |
| Date(s) debt was incurred **2023** | Basis for the claim: **Trade Debt (Warranty)** |
| Last 4 digits of account number **NONE** | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| 3.20 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **CR CUSTOM HOMES** | ☑ Contingent |
| **4329 NASHWOOD LANE** | ☑ Unliquidated |
| **DALLAS, TX 75244** | ☐ Disputed |
| Date(s) debt was incurred **2023** | Basis for the claim: **Trade Debt (Warranty)** |
| Last 4 digits of account number **NONE** | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| 3.21 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$8,055.36** |
| **D&R** | ☐ Contingent |
| **11060 HARRY HINES BLVD** | ☐ Unliquidated |
| **DALLAS, TX 76001** | ☐ Disputed |
| Date(s) debt was incurred **2023** | Basis for the claim: **Trade debt (Tool Sharpening/Small Items)** |
| Last 4 digits of account number **055E** | Is the claim subject to offset? ☑ No ☐ Yes |

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**DC TEXAS**
**1348 W US 287 BYPASS SUITE 100**
**WAXAHACHIE, TX 75165**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade Debt (Warranty)**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**DESCO CUSTOM BUILDERS, INC.**
**1 BELLA PORTA PLACE**
**DALLAS, TX 75254**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade Debt (Warranty)**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**EDGE OF ARLINGTON**
**124 S COLLINS, ST**
**ARLINGTON, TX 76010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt (Material Supplier)**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**EMC INSURANCE**
**717 MULBERRY**
**DES MOINES, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Insurance Provider (Prior)**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**EVANS MANAGEMENT**
**2300 COUNTRY RD 920**
**CROWLEY, TX 76036**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade Debt (Warranty)**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,596.16**

**FEDERATED INSURANCE**
**P.O. BOX 95231**
**CHICAGO, IL 60694-5231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Insurance Provider**

Last 4 digits of account number  **738C**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,457.00**

**FEDEX**
**P.O. BOX 660481**
**DALLAS, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt (Shipping Supplier)**

Last 4 digits of account number  **5900**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,351.00** |
|---|---|---|---|

**FIRST DATA MERCHANT SERVICES**
**PO BOX 186**
**METAIRIE, LA 07004-0186**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt (Credit Card Processor)**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**FRED EVANS CUSTOM HOMES**
**200 LILA BLUE**
**VAN ALSTYNE, TX 75495**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade Debt (Warranty)**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**HALLER CONSTRUCTION**
**2624 SILVERTHORNE DR**
**DALLAS, TX 75284**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade Debt (Warranty)**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,635.05** |
|---|---|---|---|

**HALO WOODS**
**2386 FARADAY AVE, SUITE 125**
**CARLSBAD, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Trade Debt (Material Supplier)**

Last 4 digits of account number  **1453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,551.47** |
|---|---|---|---|

**HARDWARE RESOURCES**
**P.O. BOX 732674**
**DALLAS, TX 75373-2674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade Debt (Material Supplier)**

Last 4 digits of account number  **A084**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$139,015.43** |
|---|---|---|---|

**HARDWOODS SPECIALTY PRODUCTS**
**833 S. GREAT SOUTHWEST PKWY**
**GRAND PRAIRIE, TX 75051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Trade Debt (Material Supplier)**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**HAVEN HOMES, INC.**
**PO BOX 1864**
**COLLEYVILLE, TX 76034**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade Debt (Warranty)**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Heartland Cabinetry And Furniture, Inc.__                    Case number (if known) _____
      Name

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**HDH FINANCIAL, LLC**
**PO BOX 24328**
**FT WORTH, TX 76124**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __NONE__

Basis for the claim: __Real Property Lease (Landlord Verbally Released)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**HEATHERDALE CUSTOM HOMES**
**3302 HUNTER OAKS CT**
**MANSFIELD, TX 76063**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __None__

Basis for the claim: __Trade Debt (Warranty)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**HELSTOWSKI LAW FIRM**
**5209 HERITAGE AVE, SUITE 510**
**COLLEYVILLE, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __NONE__

Basis for the claim: __Legal Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,664.90 |
|---|---|---|---|

**HUDSON ENERGY**
**P.O. BOX 731137**
**DALLAS, TX 75373-1137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __8782__

Basis for the claim: __Utilities (Electric)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,302.55 |
|---|---|---|---|

**HUDSON ENERGY**
**P.O. BOX 731137**
**DALLAS, TX 75373-1137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __8784__

Basis for the claim: __Utilities (Electric)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**HUMPHREY, CONNOR & RACHEL**
**4217 DAWN DR**
**BENBROOK, TX 76116**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __None__

Basis for the claim: __Trade Debt (Warranty)__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**INTUIT (QUICKBOOKS)**
**2700 COAST AVE**
**MOUNTAIN VIEW, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __NONE__

Basis for the claim: __`Trade debt (Accounting System)__

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: C3FC4FE8-55B3-46F9-825E-150215F6AD66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140,000.00** |
| --- | --- | --- | --- |

**JOSEPH HOGAN**
**1723 FOREST HILLS DR.**
**HARKER HEIGHTS, TX 76548-1825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Business Loan**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$707.35** |
| --- | --- | --- | --- |

**KAESER COMPRESSORS**
**P O BOX 946**
**FREDERICKSBURG, VA 22404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Trade debt (Repair Services)**

Last 4 digits of account number  **3959**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,414.24** |
| --- | --- | --- | --- |

**KELLY-MOORE PAINTS**
**PO BOX 59724**
**LOS ANGELES, CA 90074-9724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Trade Debt (Material Supplier)**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**LABOR READY CENTRAL**
**P.O. BOX 676412**
**DALLAS, TX 75267-6412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Trade debt (Labor Supplier)**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**LARSON CONSTRUCTION**
**6549 TRAMMEL DR**
**DALLAS, TX 75214**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade Debt (Warranty)**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**LAUGHLIN, GEORGE AND STEPHANIE**
**4911 HEATHERBROOK**
**DALLAS, TX 75244**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade Debt (Warranty)**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**LAW OFFICES OF NICK NAMETH**
**4101 MCEWEN RD, SUITE 750**
**DALLAS, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Legal Services**

Last 4 digits of account number  **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **LOUIS & COMPANY**<br>**P.O. BOX 2253**<br>**BREA, CA 92822-2253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Trade Debt (Material Supplier)** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **MARLIN BUSINESS BANK**<br>**PO BOX 13604**<br>**PHILADELPHIA, PA 19101-3604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Personal Property Lease** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **MARSH & MCLENNAN AGENCY, LLC**<br>**PO BOX 848315**<br>**DALLAS, TX 84570-3344** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Insurance Broker (Prior)** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **MIRASHIFT THERAPY, PLLC**<br>**4215 BOCA BAY DR**<br>**DALLAS, TX 75244** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Trade Debt (Warranty)** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,216.80 |
|---|---|---|---|
| | **MJB WOOD GROUP**<br>**PO BOX 207686**<br>**DALLAS, TX 75320-7686** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Trade Debt (Material Supplier)** | |
| | Last 4 digits of account number **8404** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **MODERN LIVING**<br>**5103 VICKERY BLVD**<br>**DALLAS, TX 75244** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Trade Debt (Warranty)** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **MODULAR PLUS**<br>**1400 WESTPARK WY**<br>**EULESS, TX 76040** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Trade Debt (Warranty)** | |
| | Last 4 digits of account number **NONE** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Heartland Cabinetry And Furniture, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MODULARDESIGN+, LLC**
**C/O K. STEWART LAW, P.C.**
**5949 SHERRY LANE, SUITE 900**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Customer (Lawsuit Filed)**

Last 4 digits of account number **3431**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,973.15 |
|---|---|---|---|

**NEXTLEVEL STAFFING**
**C/O BRIDGEPORT CAPITAL FUNDINGS**
**PO BOX 101004**
**ATLANTA, GA 30392-1004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade debt (Labor Supplier)**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,935.00 |
|---|---|---|---|

**PASSMAN AND JONES**
**1201 ELM STREET**
**DALLAS, TX 75270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Legal Services**

Last 4 digits of account number **0004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PCI Valcasi, LLC**
**2911 Turtle Creek Blvd, Suite 1200**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Real Property Lease**

Last 4 digits of account number **6452**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.40 |
|---|---|---|---|

**PEAC SOLUTIONS**
**PO BOX 136004**
**PHILADELPHIA, PA 19101-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Personal Property Lease**

Last 4 digits of account number **8469**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,715.00 |
|---|---|---|---|

**PLSE CHECK CASHERS**
**C/O HP SEARS**
**2000 18TH STREET**
**Bakersfield, CA 93301-4292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Services**

Last 4 digits of account number **4569**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**POWDERS, STEVE AND ANN**
**741 LIONEL WAY**
**FORT WORTH, TX 76108**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Trade Debt (Warranty)**

Last 4 digits of account number **NONE**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Heartland Cabinetry And Furniture, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

PREMIER SYSTEMS
3001 E PLANO PKWY, SUITE 200
PLANO, TX 75074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **HC03**

Basis for the claim: **Personal Property Lease (Copier)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

QUANTUM CUSTOM HOMES, INC.
820 S MACARTHUR BLVD #105
COPPELL, TX 75019

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number **NONE**

Basis for the claim: **Trade Debt (Warranty)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

RAMSEY & SHAW
3728 CRESTHAVEN TER
FORT WORTH, TX 76107

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number **NONE**

Basis for the claim: **Trade Debt (Warranty)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,299.79**

REPUBLIC SERVICES
P.O. BOX 78829
PHOENIX, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number **4072**

Basis for the claim: **Utilities (Trash Service)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,427.33**

REPUBLIC SERVICES
P.O. BOX 78829
PHOENIX, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number **7453**

Basis for the claim: **Utilities (Trash Service)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,123.74**

REPUBLIC SERVICES
P.O. BOX 78829
PHOENIX, AZ 85062-8829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number **1124**

Basis for the claim: **Utilities (Trash Service)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

RICHELIEU
7021 STERLING PONDS BLVD.
STERLING HEIGHTS, MI 48312-5809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number **NONE**

Basis for the claim: **Trade Debt (Material Supplier)**

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: C3E64F5B-55B3-46F9-825F-15021F6AD66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ROUNDTREE RESIDENCE**
**2621 WHISPERING OAK COVE**
**CEDAR HILL, TX 75104**

Date(s) debt was incurred **2023**

Last 4 digits of account number **NONE**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt (Warranty)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RUGBY HOLDINGS, LLC**
**c/o Hamilton & Lucio, P.C.**
**Bryant Touchy, Esq.**
**805 Old Port Isabel Road**
**Brownsville, TX 78521**

Date(s) debt was incurred **2022**

Last 4 digits of account number **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit Filed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SANDRA SEATON & CHRISTIAN MATTHEW**
**SEATON**
**3013 GREENHILL DR**
**PLANO, TX 75093**

Date(s) debt was incurred **2023**

Last 4 digits of account number **NONE**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Customer (Lawsuit Filed)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,155.83** |
|---|---|---|---|

**SCM GROUP NORTH AMERICA**
**2475 SATELITE BLVD**
**DULUTH, GA 30096**

Date(s) debt was incurred **2023**

Last 4 digits of account number **1159**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SHERIFF, DARREN**
**2214 BECKY LANE**
**CEDAR HILL, TX 75104**

Date(s) debt was incurred **2023**

Last 4 digits of account number **NONE**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt (Warranty)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SHERWIN WILLIAMS**
**2955 INDUSTRIAL LN**
**GARLAND, TX 75041**

Date(s) debt was incurred **2021**

Last 4 digits of account number **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt (Material Supplier)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$395,000.00** |
|---|---|---|---|

**SLR TEXAS CONSTRUCTION, LLC**
**2300 N. FIELD STREET, SUITE 800**
**DALLAS, TX 75201**

Date(s) debt was incurred **2021**

Last 4 digits of account number **NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SMITH, KEVIN**
**226 STONEWALL DR**
**STREETMAN, TX 75848**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **NONE**

Basis for the claim:  **Trade Debt (Warranty)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.79 |
|---|---|---|---|

**SPECTRUM BUSINESS**
**PO BOX 60074**
**CITY OF INDUSTRY, CA 91716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **3815**

Basis for the claim:  **Utilities (VOIP Telephone Service)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**STOKES, KRISTI**
**5636 FAIRFAX DR**
**FRISCO, TX 75034**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **NONE**

Basis for the claim:  **Trade Debt (Warranty)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**STRANGE & SONS DEVELOPMENT**
**PO BOX 190191**
**DALLAS, TX 75219**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **NONE**

Basis for the claim:  **Trade Debt (Warranty)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TAPROOT BUILDING COMPANY**
**3507 OAKWOOD DR**
**GRAPEVINE, TX 76051**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **NONE**

Basis for the claim:  **Trade Debt (Warranty)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799.00 |
|---|---|---|---|

**TEXAS MUTUAL WORKERS**
**COMPENSATION INS.**
**P.O. BOX 841843**
**Dallas, TX 75284-1843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **9614**

Basis for the claim:  **Workers Compensation Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**THOMPSON & KNIGHT LLP**
**1722 ROUTH STREET SUIT 1500**
**DALLAS, TX 75201-2533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **NONE**

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
| | **TIFFANY COOKE** | ☐ Contingent | |
| | **5503 VANDERBILT AVE** | ☐ Unliquidated | |
| | **DALLAS, TX 75206** | ☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Customer (Lawsuit Filed/Judgment Entered)__ | |
| | Last 4 digits of account number __NONE__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **TURNKEY CONSTRUCTION** | ■ Contingent | |
| | **7990 MANSFIELD HIGHWAY** | ☐ Unliquidated | |
| | **KENNEDALE, TX 76050** | ☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Trade Debt (Warranty)__ | |
| | Last 4 digits of account number __NONE__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,275.96** |
| | **WEX BANK (LVNV FUNDING LLC)** | ☐ Contingent | |
| | **P.O. BOX 6293** | ☐ Unliquidated | |
| | **CAROL STREAM, IL 60197-6293** | ☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Credit card purchases__ | |
| | Last 4 digits of account number __7078__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,882.64** |
| | **WTC LUMBER** | ☐ Contingent | |
| | **P.O. BOX 360** | ☐ Unliquidated | |
| | **LINDEN, TX 76001** | ☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Trade Debt (Material Supplier)__ | |
| | Last 4 digits of account number __NONE__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **WURTH** | ☐ Contingent | |
| | **3080 N GREAT SW PKWY** | ☐ Unliquidated | |
| | **GRAND PRAIRIE, TX 75050** | ☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Trade Debt (Material Supplier)__ | |
| | Last 4 digits of account number __NONE__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **ALTUS RECEIVABLES MANAGEMENT** **P.O. BOX 186** **Metairie, LA 70004-0186** | Line __3.29__ ☐ Not listed. Explain ____ | _ |
| 4.2 | **DIIP LL, LLC** **PO BOX 27074** **NEWARK, NJ 07101** | Line __3.60__ ☐ Not listed. Explain ____ | _ |

DocuSign Envelope ID: C3FC4FFB-55B3-46F9-825F-15021F6A4D66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **FREEDMAN, PRICE & ANZIANI, P.C.**<br>**1102 WEST AVENUE SUITE 200**<br>**Austin, TX 78701** | Line **3.54**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **FRONTLINE ASSET STRATEGIES, LLC**<br>**10550 DEERWOOD PARK BLVD, SUITE 309**<br>**Jacksonville, FL 32256** | Line **3.87**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **GRISHAM & KENDALL, PLLC**<br>**5910 N. CENTRAL EXPRESSWAY**<br>**PREMIER PLACE - SUITE 925**<br>**Dallas, TX 75206** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Hamilton & Lucio, P.C.**<br>**Bryant Touchy, Esq., Erick Lucio, Esq.**<br>**805 Old Port Isabel Road**<br>**Brownsville, TX 78521** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **HP SEARS**<br>**2000 18TH STREET**<br>**Bakersfield, CA 93301-4292** | Line **3.62**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **JAMESON AND DUNAGAN, P.C.**<br>**KYLE R. MILLSAP, ESQ.**<br>**5429 LBJ FREEWAY, SUITE 300**<br>**Dallas, TX 75240** | Line **3.58**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **JONES, DAVIS & JACKSON, PC**<br>**MATTHEW K. DAVIS, ESQ.**<br>**15110 DALLAS PARKWAY, SUITE 300**<br>**Dallas, TX 75248** | Line **3.73**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **K. STEWART LAW, P.C.**<br>**Kelly Stewart, Esq.**<br>**5949 Sherry Lane, Suite 900**<br>**Dallas, TX 75225** | Line **3.57**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **LEAKE & ANDERSSON LLP**<br>**C. HUNTER WILLIAMS, ESQ.**<br>**1100 POYDRAS STREET, SUITE 1700**<br>**New Orleans, LA 70163** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Marlin Business Bank**<br>**P.O. Box 13604**<br>**Philadelphia, PA 19101** | Line **3.61**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **TEXAS SECRETARY OF STATE**<br>**1090 Brazos Street**<br>**Austin, TX 78701** | Line **2.35**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **The Receivable Management Services LLC**<br>**4612 N. University Drive #552**<br>**Pompano Beach, FL 33067** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

DocuSign Envelope ID: C3FC4FF8-55B3-46F9-8257-15021 5F6AD66

Debtor   **Heartland Cabinetry And Furniture, Inc.**                    Case number (if known) _____

　　　　　Name

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  546,638.77 |
| **5b. Total claims from Part 2** | 5b. + | $  1,096,052.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  1,642,691.20 |

DocuSign Envelope ID: C3FC4FFB-55B3-46F9-825F-150215F6AD66

**Fill in this information to identify the case:**

Debtor name    **Heartland Cabinetry And Furniture, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease 4709 S. Edgewood Terrace Fort Worth, Texas 76119 (Landlord Verbally Released)** | |
| | State the term remaining | **December 31, 2027** | **HDH FINANCIAL, LLC PO BOX 24328 FT WORTH, TX 76124** |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease 700 Valcasi Drive Arlington, TX 76001** | |
| | State the term remaining | **November 12, 2027** | **PCI Valcasi, LLC (DIIP LL, LLC) 2911 Turtle Creek Blvd, Suite 1200 Dallas, TX 75219** |
| | List the contract number of any government contract | _____ | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Personal Property Lease Telephone System** | |
| | State the term remaining | **Expires 2026** | **PEAC SOLUTIONS PO BOX 136004 PHILADELPHIA, PA 19101-3604** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **Heartland Cabinetry And Furniture, Inc.**
_____
First Name    Middle Name    Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreement for Copier** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **PREMIER SYSTEMS**<br>**3001 E PLANO PKWY, SUITE 200**<br>**PLANO, TX 75074** |

DocuSign Envelope ID: C3EC4FF8-55B3-46F9-825F-15021 5F6AD66

**Fill in this information to identify the case:**

Debtor name __Heartland Cabinetry And Furniture, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | INTERNAL REVENUE SERVICE | ☐ D _____ <br> ■ E/F __2.12__ <br> ☐ G _____ |
| 2.2 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | INTERNAL REVENUE SERVICE | ☐ D _____ <br> ■ E/F __2.13__ <br> ☐ G _____ |
| 2.3 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | INTERNAL REVENUE SERVICE | ☐ D _____ <br> ■ E/F __2.14__ <br> ☐ G _____ |
| 2.4 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | SLR TEXAS CONSTRUCTION, LLC | ☐ D _____ <br> ■ E/F __3.77__ <br> ☐ G _____ |
| 2.5 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | SANDRA SEATON & CHRISTIAN MATTHEW SEATON | ☐ D _____ <br> ■ E/F __3.73__ <br> ☐ G _____ |

Debtor   **Heartland Cabinetry And Furniture, Inc.**          Case number *(if known)* _____

<table>
<tr><td colspan="3">■ **Additional Page to List More Codebtors**</td></tr>
<tr><td colspan="3">Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.</td></tr>
<tr><td colspan="2">Column 1: **Codebtor**</td><td>Column 2: **Creditor**</td></tr>
</table>

| | Codebtor | Creditor | D / E/F / G |
|---|---|---|---|
| 2.6 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | KELLY-MOORE PAINTS | ☐ D ____  ■ E/F  **3.45**  ☐ G ____ |
| 2.7 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | INTERNAL REVENUE SERVICE | ☐ D ____  ■ E/F  **2.15**  ☐ G ____ |
| 2.8 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | INTERNAL REVENUE SERVICE | ☐ D ____  ■ E/F  **2.16**  ☐ G ____ |
| 2.9 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | INTERNAL REVENUE SERVICE | ☐ D ____  ■ E/F  **2.17**  ☐ G ____ |
| 2.10 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | INTERNAL REVENUE SERVICE | ☐ D ____  ■ E/F  **2.18**  ☐ G ____ |
| 2.11 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | INTERNAL REVENUE SERVICE | ☐ D ____  ■ E/F  **2.19**  ☐ G ____ |
| 2.12 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | INTERNAL REVENUE SERVICE | ☐ D ____  ■ E/F  **2.20**  ☐ G ____ |
| 2.13 | JOE M SCRUDDER, JR | 3451 Chapel Oaks, #403 Coppell, TX 75019 | INTERNAL REVENUE SERVICE | ☐ D ____  ■ E/F  **2.21**  ☐ G ____ |

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **JOE M SCRUDDER, JR** | 3451 Chapel Oaks, #403<br>Coppell, TX 75019 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F  **2.22**<br>☐ G _____ |
| 2.15 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F  **2.12**<br>☐ G _____ |
| 2.16 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F  **2.13**<br>☐ G _____ |
| 2.17 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F  **2.14**<br>☐ G _____ |
| 2.18 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **SANDRA SEATON & CHRISTIAN MATTHEW SEATON** | ☐ D _____<br>■ E/F  **3.73**<br>☐ G _____ |
| 2.19 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F  **2.15**<br>☐ G _____ |
| 2.20 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F  **2.16**<br>☐ G _____ |
| 2.21 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F  **2.17**<br>☐ G _____ |

DocuSign Envelope ID: C3FC4FF8-55B2-46F9-825E-150215F6AD66

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number *(if known)* | |

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F __2.18__<br>☐ G _____ |
| 2.23 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F __2.19__<br>☐ G _____ |
| 2.24 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F __2.20__<br>☐ G _____ |
| 2.25 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F __2.21__<br>☐ G _____ |
| 2.26 | **PAMELA A KIPER** | 220 Laurel St.<br>Mansfield, TX 76063 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F __2.22__<br>☐ G _____ |
| 2.27 | **THERESA SCRUDDER** | 261 EDMONDSON DRIVE<br>Coppell, TX 75019 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F __2.12__<br>☐ G _____ |
| 2.28 | **THERESA SCRUDDER** | 261 EDMONDSON DRIVE<br>Coppell, TX 75019 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F __2.13__<br>☐ G _____ |
| 2.29 | **THERESA SCRUDDER** | 261 EDMONDSON DRIVE<br>Coppell, TX 75019 | **INTERNAL REVENUE SERVICE** | ☐ D _____<br>■ E/F __2.14__<br>☐ G _____ |

| Debtor | **Heartland Cabinetry And Furniture, Inc.** | Case number *(if known)* | |

<hr>

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **THERESA SCRUDDER** | **261 EDMONDSON DRIVE** Coppell, TX 75019 | **SANDRA SEATON & CHRISTIAN MATTHEW SEATON** | ☐ D ____ ■ E/F **3.73** ☐ G ____ |
| 2.31 | **THERESA SCRUDDER** | **261 EDMONDSON DRIVE** Coppell, TX 75019 | **INTERNAL REVENUE SERVICE** | ☐ D ____ ■ E/F **2.15** ☐ G ____ |
| 2.32 | **THERESA SCRUDDER** | **261 EDMONDSON DRIVE** Coppell, TX 75019 | **INTERNAL REVENUE SERVICE** | ☐ D ____ ■ E/F **2.16** ☐ G ____ |
| 2.33 | **THERESA SCRUDDER** | **261 EDMONDSON DRIVE** Coppell, TX 75019 | **INTERNAL REVENUE SERVICE** | ☐ D ____ ■ E/F **2.17** ☐ G ____ |
| 2.34 | **THERESA SCRUDDER** | **261 EDMONDSON DRIVE** Coppell, TX 75019 | **INTERNAL REVENUE SERVICE** | ☐ D ____ ■ E/F **2.18** ☐ G ____ |
| 2.35 | **THERESA SCRUDDER** | **261 EDMONDSON DRIVE** Coppell, TX 75019 | **INTERNAL REVENUE SERVICE** | ☐ D ____ ■ E/F **2.19** ☐ G ____ |
| 2.36 | **THERESA SCRUDDER** | **261 EDMONDSON DRIVE** Coppell, TX 75019 | **INTERNAL REVENUE SERVICE** | ☐ D ____ ■ E/F **2.20** ☐ G ____ |
| 2.37 | **THERESA SCRUDDER** | **261 EDMONDSON DRIVE** Coppell, TX 75019 | **INTERNAL REVENUE SERVICE** | ☐ D ____ ■ E/F **2.21** ☐ G ____ |

Official Form 206H  Schedule H: Your Codebtors  Page 5 of 6

DocuSign Envelope ID: C3FC4FE8-55B3-46F9-8257-150215F6AD66

| Debtor | Heartland Cabinetry And Furniture, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.38   **THERESA SCRUDDER**   **261 EDMONDSON DRIVE Coppell, TX 75019**   **INTERNAL REVENUE SERVICE**

☐ D _____
■ E/F   **2.22**
☐ G _____

DocuSign Envelope ID: C3FC4FEB-55B3-4EF9-825F-150215F6AD66

12/06/23

**Leather004 Joinery and Furniture, Inc.**

**Profit & Loss**

**June through November 2023**

Accrual Basis

| | Jun - Nov 23 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Sales** | 938,328.43 |
|   **Total Income** | 938,328.43 |
|   **Cost of Goods Sold** | |
|     **Contract Labor** | 116,078.00 |
|     **Cost of Goods Sold** | 203,810.36 |
|     **Production Labor** | 500,992.13 |
|     **Sales Tax** | 4,475.04 |
|     **Shop Supplies** | 5,027.07 |
|   **Total COGS** | 830,382.60 |
| **Gross Profit** | 107,945.83 |
|   **Expense** | |
|     **Automobile Expense** | 14,279.64 |
|     **Bank Fees** | 2,072.28 |
|     **Commissions** | 1,000.00 |
|     **Computer and Internet Expenses** | 6,099.55 |
|     **Employee Benefits** | 1,303.56 |
|     **Equipment Expense** | 1,244.88 |
|     **Equipment Lease** | 28,246.25 |
|     **Meals and Entertainment** | 2,796.48 |
|     **Office Supplies** | 4,266.79 |
|     **PAYROLL EXPENSE 2** | 86,679.12 |
|     **Postage and Shipping** | 340.57 |
|     **Professional Fees** | 6,050.76 |
|     **Rent Expense** | 96,072.11 |
|     **Repairs and Maintenance** | 4,296.80 |
|     **Taxes and Fees** | 39,623.33 |
|     **Travel Expense** | 2,574.91 |
|     **Utilities** | 40,061.67 |
|   **Total Expense** | 337,008.70 |
| **Net Ordinary Income** | -229,062.87 |
| **Other Income/Expense** | |
|   **Other Expense** | |
|     **Interest Expense** | 9,362.75 |
|   **Total Other Expense** | 9,362.75 |
| **Net Other Income** | -9,362.75 |
| **Net Income** | **-238,425.62** |

DocuSign Envelope ID: C3FC4FFB-F5B3-46F9-825F-150215F6AD66

12/06/23
**Accrual Basis**

**Flannery and Furniture, Inc.**

# Balance Sheet
**As of November 30, 2023**

| | Nov 30, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Frost 401K** | 9.58 |
| **Frost Checking** | -194.00 |
| **MAPLE MARK BANK** | -79,633.31 |
| **Total Checking/Savings** | -79,817.73 |
| **Accounts Receivable** | |
| **Accounts Receivable** | 780,828.02 |
| **Total Accounts Receivable** | 780,828.02 |
| **Other Current Assets** | |
| **Deposits** | 12,250.00 |
| **Inventory** | 135,000.00 |
| **Prepaid Insurance** | 22,105.00 |
| **Total Other Current Assets** | 169,355.00 |
| **Total Current Assets** | 870,365.29 |
| **Fixed Assets** | |
| **Accumulated Depreciation** | -950,038.17 |
| **Furniture and Equipment** | 2,633,251.58 |
| **Total Fixed Assets** | 1,683,213.41 |
| **TOTAL ASSETS** | **2,553,578.70** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | 520,180.03 |
| **Total Accounts Payable** | 520,180.03 |
| **Other Current Liabilities** | |
| **Customer Deposits** | 145,544.41 |
| **Payroll Taxes** | 267,373.74 |
| **Maple Mark Loan** | 1,805,048.28 |
| **Total Other Current Liabilities** | 2,217,966.43 |
| **Total Current Liabilities** | 2,738,146.46 |
| **Long Term Liabilities** | |
| **Subordinated Trade Payable** | 259,750.00 |
| **Total Long Term Notes Payable** | 259,750.00 |
| **Total Long Term Liabilities** | 259,750.00 |
| **Total Liabilities** | 2,997,896.46 |
| **Equity** | |
| **Total Equity** | -444,317.76 |
| **TOTAL LIABILITIES & EQUITY** | **2,553,578.70** |

DocuSign Envelope ID: C3FC4FF8-55B3-46F9-825F-150215F6AD66
12/06/23

**Leatherbury's Artsy and Furniture, Inc**
# Statement of Cash Flows
**June through November 2023**

|  | Jun - Nov 23 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -238,425.62 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Accounts Receivable | 75.22 |
| Prepaid Insurance | -79,734.31 |
| Accounts Payable | 12,438.53 |
| Customer Deposits | 150,237.06 |
| PAYROLL LIABILITIES 2 | 168,806.92 |
| **Net cash provided by Operating Activities** | 13,397.80 |
| **FINANCING ACTIVITIES** | |
| Maple Mark Payable | -94,253.79 |
| **Net cash provided by Financing Activities** | -94,253.79 |
| **Net cash increase for period** | -80,855.99 |
| **Cash at beginning of period** | 1,038.26 |
| **Cash at end of period** | **-79,817.73** |

Form **1120**

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2022 or tax year beginning _____, 2022, ending _____, 20 ____

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2022**

| A Check if: | | | | B Employer identification number |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) | ☐ | **TYPE OR PRINT** | Name HEARTLAND CABINETRY & FURNITURE, INC | 45-4947462 |
| b Life/nonlife consolidated return . . | ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions. 7900 VALCASI DR | C Date incorporated 03/29/2012 |
| 2 Personal holding co. (attach Sch. PH) . | ☐ | | City or town, state or province, country, and ZIP or foreign postal code ARLINGTON          TX 76001 | D Total assets (see instructions) $ 1,880,137 |
| 3 Personal service corp. (see instructions) | ☐ | | | |
| 4 Schedule M-3 attached | ☐ | E Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales . . . . . . . . . . . . | 1a | 4,613,911 | | |
| | b | Returns and allowances . . . . . . . . . . . | 1b | | | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . | | | 1c | 4,613,911 |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . | | | 2 | 3,686,975 |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . | | | 3 | 926,936 |
| | 4 | Dividends and inclusions (Schedule C, line 23) . . . . . . . . . . . | | | 4 | |
| | 5 | Interest . . . . . . . . . . . . . . . . . . . . . . . | | | 5 | |
| | 6 | Gross rents . . . . . . . . . . . . . . . . . . . . . . | | | 6 | |
| | 7 | Gross royalties . . . . . . . . . . . . . . . . . . . . . | | | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . | | | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . | | | 9 | |
| | 10 | Other income (see instructions—attach statement) . . . . . . . . . | | | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . | | | 11 | 926,936 |
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions—attach Form 1125-E) . . . | | | 12 | 275,999 |
| | 13 | Salaries and wages (less employment credits) . . . . . . . . . . . | | | 13 | 71,616 |
| | 14 | Repairs and maintenance . . . . . . . . . . . . . . . . . . | | | 14 | 21,810 |
| | 15 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . | | | 15 | 367,699 |
| | 16 | Rents . . . . . . . . . . . . . . . . . . . . . . . . | | | 16 | 390,452 |
| | 17 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . | | | 17 | 211,287 |
| | 18 | Interest (see instructions) . . . . . . . . . . . . . . . . . . | | | 18 | 46,648 |
| | 19 | Charitable contributions . . . . . . . . . . . . . . . . . . . | | | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . | | | 20 | 8,624 |
| | 21 | Depletion . . . . . . . . . . . . . . . . . . . . . . . | | | 21 | |
| | 22 | Advertising . . . . . . . . . . . . . . . . . . . . . . . | | | 22 | |
| | 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . | | | 23 | |
| | 24 | Employee benefit programs . . . . . . . . . . . . . . . . . | | | 24 | 6,926 |
| | 25 | Reserved for future use . . . . . . . . . . . . . . . . . . | | | 25 | |
| | 26 | Other deductions (attach statement)   Other Deductions Statement | | | 26 | 375,295 |
| | 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . | | | 27 | 1,776,356 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. . | | | 28 | -849,420 |
| | 29a | Net operating loss deduction (see instructions) . . . | 29a | | | |
| | b | Special deductions (Schedule C, line 24) . . . . . | 29b | | | |
| | c | Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . | | | 29c | |
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions . . . | | | 30 | -849,420 |
| | 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . | | | 31 | 0 |
| | 32 | Reserved for future use . . . . . . . . . . . . . . . . . . | | | 32 | |
| | 33 | Total payments and credits (Schedule J, Part III, line 23) . . . . . . | | | 33 | 0 |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . ☐ | | | 34 | |
| | 35 | Amount owed. If line 33 is smaller than the total of lines 31 and 34, enter amount owed . | | | 35 | |
| | 36 | Overpayment. If line 33 is larger than the total of lines 31 and 34, enter amount overpaid . | | | 36 | 0 |
| | 37 | Enter amount from line 36 you want: Credited to 2023 estimated tax _____ Refunded ▶ | | | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

*[signature]*     Date 08/16/2023     Title PRESIDENT

Signature of officer

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name J. MARCUS SCRUGGER | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name Self-Prepared | | | Firm's EIN | |
| | Firm's address | | | Phone no. | |

Form 1120 (2022) Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . | | See Instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . | | | |

Form 1120 (2022)                                                                                                   Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

**Part I—Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ☐ | | |
| 2 | Income tax. See instructions | **2** | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) | **3** | |
| 4 | Add lines 2 and 3 | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | **6** | |
| 7 | Subtract line 6 from line 4 | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) | 9f | |
| g | Other (see instructions—attach statement) | 9g | |
| 10 | **Total.** Add lines 9a through 9g | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | **11** | 0 |

**Part II—Reserved For Future Use**

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | **12** | |

**Part III—Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 13 | 2021 overpayment credited to 2022 | **13** | 0 |
| 14 | 2022 estimated tax payments | **14** | |
| 15 | 2022 refund applied for on Form 4466 | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | **16** | 0 |
| 17 | Tax deposited with Form 7004 | **17** | |
| 18 | Withholding (see instructions) | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | **19** | 0 |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| d | Other (attach statement—see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | **21** | |
| 22 | Reserved for future use | **22** | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | **23** | 0 |

REV 05/17/23 TTBIZ                                                                                 Form **1120** (2022)

Form 1120 (2022)                                                                 Page **4**

| **Schedule K** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

**a** Business activity code no. 337000

**b** Business activity Construction/Contractor

**c** Product or service CABINET MANUFACTURER

**3** Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group?  .  .  .  .  .  .  .  . | | | | ✗

If "Yes," enter name and EIN of the parent corporation _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) .  .  .  .  . | | | | ✗

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)  . | | | ✗ |

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | | | ✗

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | | ✗ |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316  .  .  .  .  .  .  .  . | | | | ✗

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock?  . | | | | ✗

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned _____ and **(b)** Owner's country _____

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged In a U.S. Trade or Business. Enter the number of Forms 5472 attached _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount  .  .  .  .  .  ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer)   1

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions)  ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.)  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . $ _____

Form 1120 (2022)          Page **5**

**Schedule K**    **Other Information** *(continued from page 4)*

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . | | x |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . | | x |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . . | x | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . | x | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . | | x |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . | | x |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . | | x |
| 20 | Is the corporation operating on a cooperative basis?. . . . . . . . . . . . . . . . . . . . | | x |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions _____ | | x |
| | If "Yes," enter the total amount of the disallowed deductions $ _____ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | x |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . | | x |
| 24 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . | | x |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . | | x |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . $ _____ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . | | x |
| | Percentage: By Vote _____ By Value _____ | | |

         Form **1120** (2022)

Form 1120 (2022)                                                                                          Page **6**

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 54,264. | | 43,931. |
| 2a | Trade notes and accounts receivable | 2,028,953. | | 1,268,227. | |
| b | Less allowance for bad debts | ( 100,000. ) | 1,928,953. | ( 100,000. ) | 1,168,227. |
| 3 | Inventories | | 527,172. | | 364,688. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 1,175,916. | | 1,234,666. | |
| b | Less accumulated depreciation | ( 922,751. ) | 253,165. | ( 931,375. ) | 303,291. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 2,763,554. | | 1,880,137. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 315,234. | | 232,971. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 266,045. | | 135,638. |
| 18 | Other current liabilities (attach statement) | | 1,615,600. | | 1,794,273. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated | | 566,675. | | -282,745. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 2,763,554. | | 1,880,137. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -849,420. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | 0. | | Tax-exempt interest  $ _____ | |
| 3 | Excess of capital losses over capital gains | | | _____ | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | | _____ | |
| | _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation  $ _____ | |
| a | Depreciation  $ _____ | | b | Charitable contributions $ _____ | |
| b | Charitable contributions  $ _____ | | | _____ | |
| c | Travel and entertainment .  $ _____ 0. | | 9 | Add lines 7 and 8 | |
| | _____ | 0. | 10 | Income (page 1, line 28)—line 6 less line 9 | -849,420. |
| 6 | Add lines 1 through 5 | -849,420. | | | |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | 566,675. | 5 | Distributions: a Cash | 0. |
| 2 | Net income (loss) per books | -849,420. | | b Stock | 0. |
| 3 | Other increases (itemize): _____ | | | c Property | 0. |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | _____ | | | _____ | |
| | | | 7 | Add lines 5 and 6 | 0. |
| 4 | Add lines 1, 2, and 3 | -282,745. | 8 | Balance at end of year (line 4 less line 7) | -282,745. |

REV 05/17/23 TTBIZ                                                                        Form **1120** (2022)

| Form **1125-A** | | Cost of Goods Sold | | |
|---|---|---|---|---|
| (Rev. November 2018)<br>Department of the Treasury<br>Internal Revenue Service | | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.<br>▶ Go to *www.irs.gov/Form1125A* for the latest information. | | OMB No. 1545-0123 |

| Name | Employer identification number |
|---|---|
| HEARTLAND CABINETRY & FURNITURE, INC | 45-4947462 |

| | | | | |
|---|---|---|---|---|
| **1** | Inventory at beginning of year . . . . . . . . . . . . . . . . | **1** | 527,172 | |
| **2** | Purchases . . . . . . . . . . . . . . . . . . . . . | **2** | 1,784,914 | |
| **3** | Cost of labor . . . . . . . . . . . . . . . . . . . | **3** | 1,739,577 | |
| **4** | Additional section 263A costs (attach schedule) . . . . . . . . | **4** | | |
| **5** | Other costs (attach schedule) . . . . . . . . . . . . . . | **5** | | |
| **6** | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . | **6** | 4,051,663 | |
| **7** | Inventory at end of year . . . . . . . . . . . . . . . . | **7** | 364,688 | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . . . . . . . . | **8** | 3,686,975 | |

**9a** Check all methods used for valuing closing inventory:
 (i) ☒ Cost
 (ii) ☐ Lower of cost or market
 (iii) ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

Section references are to the Internal Revenue Code unless otherwise noted.

**What's New**

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

**General Instructions**

**Purpose of Form**

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

**Who Must File**

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

**Inventories**

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.
▶ See instructions on page 2.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| HEARTLAND CABINETRY & FURNITURE, INC | 45-4947462 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| JOE MARCUS SCRUDDER JR | 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 | US | 100 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice,
see the Instructions for Form 1120. **BAA**

REV 05/17/23 TTBIZ

Schedule G (Form 1120) (Rev. 12-2011)

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| HEARTLAND CABINETRY & FURNITURE, INC | 45-4947462 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 J MARCUS SCRUDDER | ▓▓▓▓▓▓ | 100% | 100% | % | 154,312. |
| THERESA SCRUDDER | ▓▓▓▓▓▓ | 0% | 100% | % | 37,286. |
| PAMELA KIPER | ▓▓▓▓▓▓ | 100% | % | % | 84,401. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . . . . | **2** | 275,999. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 275,999. |

**For Paperwork Reduction Act Notice, see separate instructions. BAA**

REV 05/17/23 TTBIZ  Form **1125-E** (Rev. 10-2016)

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| | **(Including Information on Listed Property)** | **2022** |
| Department of the Treasury Internal Revenue Service | **Attach to your tax return.** **Go to *www.irs.gov/Form4562* for instructions and the latest information.** | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| HEARTLAND CABINETRY & FURNITURE, INC | Form 1120 Construction/Contractor | 45-4947462 |

**Part I    Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | | |
|---|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . | **1** | 1,080,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . | **2** | 0. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . | **3** | 2,700,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . | **4** | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . | **5** | 1,080,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . | **9** | 0. |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 . . . . . | **10** | 37,249. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | 0. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . | **12** | 0. |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 ▸ | **13** | 37,249. |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II    Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . | **16** | |

**Part III    MACRS Depreciation (Don't include listed property. See instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 . . . . . . | **17** | 7,683. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . ▸ ☐ | | |

**Section B—Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   30-year | | | 30 yrs. | MM | S/L | |
| d   40-year | | | 40 yrs. | MM | S/L | |

**Part IV    Summary (See instructions.)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . | **21** | 941. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . | **22** | 8,624. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.          BAA          REV 05/17/23 TTBIZ          Form **4562** (2022)

Form 4562 (2022)                                                                    Page **2**

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a  Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No   24b  If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions  **25** | | | | | | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| HONDA | 05/05/20 | 100% | 23,000. | 4,900. | 5.00 | 200 DB-HY | 941. | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |

28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1  **28** | 941.
29  Add amounts in column (i), line 26. Enter here and on line 7, page 1  **29**

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes No | Yes No | Yes No | Yes No | Yes No | Yes No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions | | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2022 tax year  **43** | | | | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report  **44** | | | | | |

| **Form 1120**<br>**Schedule L** | **Other Liabilities**<br>and Adjustments to Shareholders' Equity | | **2022** |

| Name<br>HEARTLAND CABINETRY & FURNITURE, INC | Employer Identification No.<br>45-4947462 |
|---|---|

| **Other Current Liabilities:** | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| LINE OF CREDIT | 1,615,600. | 1,497,898. |
| PAYROLL TAX ACCRUAL | | 296,375. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 18** . . . . . . . . ▶ | 1,615,600. | 1,794,273. |

| **Other Liabilities:** | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 21** . . . . . . . . ▶ | | |

| **Retained Earnings — Appropriated:** | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 24** . . . . . . . . ▶ | | |

| **Adjustments to Shareholders' Equity:** | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Totals to Form 1120, Schedule L, line 26** . . . . . . . . ▶ | | |

**Form 1120, Line 29a**        **Net Operating Loss Worksheet**        **2022**

| Name | Employer Identification Number |
|---|---|
| HEARTLAND CABINETRY & FURNITURE, INC | 45-4947462 |

### Important Information
### Tax Cuts and Jobs Act (TCJA)

For taxable years ending after December 31, 2017, Net Operating Loss (NOL) rules for carrybacks and carryforwards have changed under the Tax Cuts and Jobs Act (TCJA).  Except for certain farming and insurance company (other than life insurance) losses, NOLs can no longer be carried back.  NOLs can now be carried forward indefinitely.

### NOLs under Tax Cuts and Jobs Act of 2017 Smart Worksheet

**A** Is the Net Operating Loss from certain farming losses? . . . . . . . . . . ► Yes ☐  No ☐
**B** If "Yes" to line A, is the business electing out of the two year carryback? . . . . ► Yes ☐  No ☐
    **QuickZoom** to Election Statement . . . . . . . . . . . . . . . . . . . ►_____
    **QuickZoom** to Form 1139 . . . . . . . . . . . . . . . . . . . ►_____

**NOL's under Tax Cuts and Jobs Act of 2017 :  Carryover indefinitely**

| NOL<br>Carryover<br>Year | A<br>Carryover | B<br>Less<br>Carrybacks | C<br>Adjusted<br>Carryover |
|---|---|---|---|
| 2021 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2020 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2019 . . . . . . . . . . . . . . . . . . . . . | | | |
| 2018 . . . . . . . . . . . . . . . . . . . . . | | | |
| Totals . . . . . . . . . . . . . . . . . . . | | | |

**NOL's under Taxpayer Relief Act of 1997 :  Two year carryback, twenty year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2017 | | | |
| 2016 | | | |
| 2015 | | | |
| 2014 | | | |
| 2013 | | | |
| 2012 | | | |
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| 2007 | | | |
| 2006 | | | |
| 2005 | | | |
| 2004 | | | |
| 2003 | | | |
| 2002 | | | |
| Totals | | | |

**NOL's prior to Taxpayer Relief Act of 1997:  Three year carryback, fifteen year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| 2007 | | | |
| Totals | | | |

HEARTLAND CABINETRY & FURNITURE, INC                    45-4947462

## Net Operating Loss Summary

| NOL C/O Year | A NOL Carryover Available | B Deduction Allowed in Current Year | C Adjustment Under Section 172(b)(2) | D Remaining Carryover 20 Years | E Remaining Carryover Indefinite | F Remaining Carryover 15 Years* |
|---|---|---|---|---|---|---|
| 2021 | | | | | | |
| 2020 | | | | | | |
| 2019 | | | | | | |
| 2018 | | | | | | |
| 2017 | | | | | | |
| 2016 | | | | | | |
| 2015 | | | | | | |
| 2014 | | | | | | |
| 2013 | | | | | | |
| 2012 | | | | | | |
| 2011 | | | | | | |
| 2010 | | | | | | |
| 2009 | | | | | | |
| 2008 | | | | | | |
| 2007 | | | | | | |
| 2006 | | | | | | |
| 2005 | | | | | | |
| 2004 | | | | | | |
| 2003 | | | | | | |
| 2002 | | | | | | |
| Totals | | | | | | |

| | |
|---|---|
| Less: Carryover expiring due to 20-year limitation | |
| Less: Carryover expiring due to 15-year limitation | |
| Add: Current year net operating loss | 849,420. |
| Less:  Carryback of current year net operating loss | |
| Net operating loss carryover to next year | 849,420. |

cpcw7601.SCR  09/02/22

**Statement**                                                    **2022**

Rev. Proc. 2021-48
Forgiveness of Paycheck Protection Program Loans

| Name | Employer Identification Number |
|---|---|
| HEARTLAND CABINETRY & FURNITURE, INC | 45-4947462 |

Number, street, and room or suite number.  If a P.O. box, see instructions.
7900 VALCASI DR

| City or town | State | ZIP Code |
|---|---|---|
| ARLINGTON | TX | 76001 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

Applying section 3.01(3) of Rev. Proc. 2021-48 for taxable year 2022.
Tax-exempt income from PPP forgiveness treated as received/accrued: $0.
Forgiveness of the PPP loan has been granted as of the date the return is filed.

HEARTLAND CABINETRY & FURNITURE, INC                                      45-4947462                    1

# Additional Information From 2022 Federal Corporation Tax Return

**Form 1120: US Corporation Income Tax Return**

**Other Deductions**                                                      **Continuation Statement**

| Description | Amount |
|---|---|
| AUTOMOBILE AND TRUCK EXPENSE | 67,555 |
| BANK CHARGES | 6,003 |
| COMPUTER SERVICES AND SUPPLIES | 9,375 |
| DUES AND SUBSCRIPTIONS | 1,665 |
| EQUIPMENT RENT | 46,431 |
| INSURANCE | 82,204 |
| LEGAL AND PROFESSIONAL | 33,435 |
| MEALS (50%) | 0 |
| MISCELLANEOUS | 6,845 |
| SUPPLIES | 9,222 |
| TELEPHONE | 9,405 |
| TRAVEL | 28,924 |
| UTILITIES | 74,231 |
| **Total** | 375,295 |

| Fill in this information to identify the case: |
| --- |

Debtor name **Heartland Cabinetry And Furniture, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,994,366.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,613,911.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$6,280,952.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

DocuSign Envelope ID: C3FC4FF8-75B2-46F9-8257-150215F6AD66

Debtor  **Heartland Cabinetry And Furniture, Inc.**                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | SEE ATTACHED LIST. | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **ALLY FINANCIAL**<br>P.O. BOX 9001951<br>Louisville, KY 40290-1951 | **2017 Ford F-150 (VIN 1FTEW1CP8HKD92275)** | **May 2023** | **$10,000.00** |
| **ALLY FINANCIAL**<br>P.O. BOX 9001951<br>Louisville, KY 40290-1951 | **2017 Ford Transit Express Van (VIN VM0LS7E7XH1336974)** | **May 2023** | **$4,500.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Tiffany Cooke v. Heartland Cabinetry and Furniture, Inc.**<br>**JP07-23-SC00011338** | **Civil** | **Justice Court, Precinct 7, Tarrant Cty**<br>**1100 East Broad Street, Suite 202**<br>**Mansfield, TX 76063** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor | Heartland Cabinetry And Furniture, Inc. | | Case number *(if known)* | |

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Rugby Holdings, LLC v. Heartland Cabinetry and Furniture, Inc. CC-22-04801-A | Civil | County Court No. 1 of Dallas County, Tx | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Next Level Staffing v. Heartland Cabinetry and Furniture, Inc. CV-2022-02399 | Civil | County Court at Law No. 2 Denton Cty, TX | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | Tarrant County, et al, v. Heartland Cabinetry and Furniture, Inc. 067-D36754-23 | Civil | Tarrant County District Court | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | Sandra Seaton & Christian Matthew Seaton v. Heartland Cabinetry and Furniture, et al. 429-03517-2023 | Civil | 429th District Court, Collin County, TX 2100 Bloomdale Road McKinney, TX 75071 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.6. | Kelly-Moore Paint Company, Inc. v. Hearland Cabinetry and Furniture, Inc. et al. 2022-006647-3 | Civil | | ☐ Pending ☐ On appeal ■ Concluded |
| 7.7. | Modulardesign+, LLC v. Heartland Cabinetry and Furniture, Inc. 23-2943-431 | Civil | 431st District Court, Denton County, TX | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor   **Heartland Cabinetry And Furniture, Inc.**                                        Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2015 Ford F-350 (VIN 1FD8W3HT3FEB77960) (Theft) Police Report # 2023-90000911 (EMC Claim #Z01815783)** | | **07/15/2023** | **$26,000.00** |
| **Komatsu FG25ST-14 Forklift (Theft) Police Report 2023-90000911 (EMC Claim # Z01815809)** | | **08/14/2023** | **$12,000.00** |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fox Rothschild LLP<br>2501 N. Harwood St.<br>Suite 1800<br>Dallas, TX 75201** | **Attorney Fees** | **11/28/2023<br>($25,000)<br>12/08/2023<br>($25,000)** | **$50,000.00** |
| | Email or website address<br>**tmonsour@foxrothschild.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Heartland Cabinetry And Furniture, Inc. | Case number *(if known)* |
| --- | --- | --- |

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
| --- | --- | --- |
| 14.1. | **4709 S. Edgewood Terrace**<br>**Fort Worth, TX 76119** | **11-01-2020 through 08-31-2022** |

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| **Heartland Cabinetry And Furniture, Inc. 401(k) Plan** | EIN: **45-4947462** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Heartland Cabinetry And Furniture, Inc. | Case number *(if known)* |
|--------|------------------------------------------|--------------------------|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Angel Gonzalez<br>308 South Mockingbird Lane<br>Keene, TX 76059 | Angel Gonzalez<br>308 South Mockingbird Lane<br>Keene, TX  76059 | Finished Goods/Supplies | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

DocuSign Envelope ID: C3FC4FF8-5B3-46F9-8257-150215F6AD66

| Debtor | Heartland Cabinetry And Furniture, Inc. | | Case number (if known) | |
|---|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **MapleMark Bank**<br>**Reagan Place at Old Park and**<br>**3963 Maple Avenue, Suite 260**<br>**Dallas, TX 75219** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **PAMELA A KIPER** | **220 Laurel St.**<br>**Mansfield, TX 76063** | **Secretary** | **0%** |

Debtor    **Heartland Cabinetry And Furniture, Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JOE M SCRUDDER, JR** | **3451 Chapel Oaks, #403 Coppell, TX 75019** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☐ No
   ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **THERESA SCRUDDER** | **261 Edmondson Drive Coppell, TX 75019** | **Secretary & Director, 0%** | **04/2012 to 01/2023** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **JOE M SCRUDDER, JR 3451 Chapel Oaks, #403 Coppell, TX 75019** | **$10,122.21 (Net Salary) $206,492.83 (Employee Draw)** | | |
| | **Relationship to debtor President** | | | |
| 30.2. | **PAMELA A KIPER 220 Laurel St. Mansfield, TX 76063** | **$84,655.41 (Net Salary)** | | |
| | **Relationship to debtor Secretary** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor   **Heartland Cabinetry And Furniture, Inc.**                                    Case number *(if known)*

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:

*J. Marcus Scrudder*                        , 2023

└─ F050E33F0F5443F...

Signature of individual signing on behalf of the debtor

**J. Marcus Scrudder**
Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

**Jostry and Furniture Inc**

**Transaction List by Vendor**

September 6 through December 6, 2023

| VENDOR | Type | Date | Amount |
|---|---|---|---|
| ABS TRIM AND CABINETS | Check | 09/22/2023 | 2,368.00 |
| ABS TRIM AND CABINETS | Check | 09/22/2023 | 4,560.00 |
| ABS TRIM AND CABINETS | Check | 10/20/2023 | 3,200.00 |
| ABS TRIM AND CABINETS | Check | 11/01/2023 | 4,560.00 |
| ABS TRIM AND CABINETS | Check | 11/10/2023 | 2,760.00 |
| ABS TRIM AND CABINETS Total | | | 17,448.00 |
| BARNEY ROBINSON HARDWOODS | Check | 10/04/2023 | 2,826.84 |
| BARNEY ROBINSON HARDWOODS | Check | 10/26/2023 | 337.40 |
| BARNEY ROBINSON HARDWOODS | Check | 11/02/2023 | 3,509.24 |
| BARNEY ROBINSON HARDWOODS | Check | 11/02/2023 | 96.92 |
| BARNEY ROBINSON HARDWOODS | Check | 11/08/2023 | 198.00 |
| BARNEY ROBINSON HARDWOODS | Check | 11/08/2023 | 99.01 |
| BARNEY ROBINSON HARDWOODS | Check | 11/10/2023 | 2,629.61 |
| BARNEY ROBINSON HARDWOODS | Check | 11/15/2023 | 2,232.34 |
| BARNEY ROBINSON HARDWOODS | Check | 11/17/2023 | 1,634.58 |
| BARNEY ROBINSON HARDWOODS Total | | | 13,563.94 |
| BRAZOS FOREST PRODUCTS | Check | 09/18/2023 | 2,057.54 |
| BRAZOS FOREST PRODUCTS | Check | 09/26/2023 | 1,751.50 |
| BRAZOS FOREST PRODUCTS | Check | 09/26/2023 | 2,085.69 |
| BRAZOS FOREST PRODUCTS | Check | 10/02/2023 | 302.56 |
| BRAZOS FOREST PRODUCTS | Check | 10/02/2023 | 842.73 |
| BRAZOS FOREST PRODUCTS | Check | 10/02/2023 | 1,340.15 |
| BRAZOS FOREST PRODUCTS | Check | 10/12/2023 | 778.32 |
| BRAZOS FOREST PRODUCTS | Check | 10/12/2023 | 4,022.20 |
| BRAZOS FOREST PRODUCTS | Check | 11/01/2023 | 4,000.00 |
| BRAZOS FOREST PRODUCTS | Check | 11/01/2023 | 8,922.34 |
| BRAZOS FOREST PRODUCTS | Check | 11/16/2023 | 4,321.47 |
| BRAZOS FOREST PRODUCTS Total | | | 30,424.50 |
| DIIP LL, LLC | Check | 09/29/2023 | 15,857.19 |
| DIIP LL, LLC | Check | 09/29/2023 | 15,857.19 |
| DIIP LL, LLC | Check | 10/16/2023 | 15,857.19 |
| DIIP LL, LLC | Check | 11/16/2023 | 15,857.19 |
| DIIP LL, LLC Total | | | 63,428.76 |
| FEDERATED INSURANCE | Check | 11/22/2023 | 25,920.90 |
| FEDERATED INSURANCE Total | | | 25,920.90 |
| HUDSON ENERGY | Check | 09/29/2023 | 3,544.29 |
| HUDSON ENERGY | Check | 10/23/2023 | 7,560.03 |
| HUDSON ENERGY | Check | 11/16/2023 | 3,840.52 |
| HUDSON ENERGY Total | | | 14,944.84 |
| JOEL SAAVEDRA | Check | 09/28/2023 | 850.00 |
| JOEL SAAVEDRA | Check | 10/06/2023 | 1,820.00 |
| JOEL SAAVEDRA | Check | 10/13/2023 | 700.00 |
| JOEL SAAVEDRA | Check | 10/19/2023 | 735.00 |
| JOEL SAAVEDRA | Check | 10/30/2023 | 2,680.00 |
| JOEL SAAVEDRA | Check | 11/10/2023 | 3,122.50 |
| JOEL SAAVEDRA | Check | 11/20/2023 | 2,037.50 |
| JOEL SAAVEDRA | Check | 12/04/2023 | 1,050.00 |
| JOEL SAAVEDRA Total | | | 12,995.00 |
| PLYWOOD COMPANY OF FT. WORTH | Check | 09/22/2023 | 159.35 |
| PLYWOOD COMPANY OF FT. WORTH | Check | 09/26/2023 | 1,104.15 |
| PLYWOOD COMPANY OF FT. WORTH | Check | 09/28/2023 | 1,234.26 |
| PLYWOOD COMPANY OF FT. WORTH | Check | 10/12/2023 | 593.57 |
| PLYWOOD COMPANY OF FT. WORTH | Check | 10/20/2023 | 382.37 |
| PLYWOOD COMPANY OF FT. WORTH | Check | 10/30/2023 | 70.77 |
| PLYWOOD COMPANY OF FT. WORTH | Check | 10/31/2023 | 114.56 |
| PLYWOOD COMPANY OF FT. WORTH | Check | 11/14/2023 | 707.26 |
| PLYWOOD COMPANY OF FT. WORTH | Check | 11/15/2023 | 117.23 |
| PLYWOOD COMPANY OF FT. WORTH Total | | | 4,483.52 |
| PRIDE INDUSTRIAL, LLC | Check | 09/08/2023 | 136.83 |
| PRIDE INDUSTRIAL, LLC | Check | 09/21/2023 | 449.41 |

DocuSign Envelope ID: C3FC4FF8-55B3-46F9-8257-15021F6AD66

**Instry and Furniture, Inc**
**Transaction List by Vendor**
**September 6 through December 6, 2023**

| VENDOR | Type | Date | Amount |
|---|---|---|---|
| **PRIDE INDUSTRIAL, LLC** | Check | 09/22/2023 | 1,075.75 |
| **PRIDE INDUSTRIAL, LLC** | Check | 09/28/2023 | 1,822.14 |
| **PRIDE INDUSTRIAL, LLC** | Check | 10/12/2023 | 1,892.25 |
| **PRIDE INDUSTRIAL, LLC** | Check | 10/13/2023 | 1,992.06 |
| **PRIDE INDUSTRIAL, LLC** | Check | 10/17/2023 | 1,460.22 |
| **PRIDE INDUSTRIAL, LLC** | Check | 11/10/2023 | 1,041.67 |
| **PRIDE INDUSTRIAL, LLC Total** | | | 9,870.33 |
| **WTC LUMBER** | Bill Pmt -Check | 09/19/2023 | 2,500.00 |
| **WTC LUMBER** | Bill Pmt -Check | 09/21/2023 | 1,800.19 |
| **WTC LUMBER** | Bill Pmt -Check | 10/04/2023 | 3,000.00 |
| **WTC LUMBER** | Bill Pmt -Check | 10/11/2023 | 3,596.33 |
| **WTC LUMBER** | Bill Pmt -Check | 10/20/2023 | 835.58 |
| **WTC LUMBER** | Bill Pmt -Check | 10/31/2023 | 3,320.90 |
| **WTC LUMBER** | Bill Pmt -Check | 11/17/2023 | 4,207.61 |
| **WTC LUMBER Total** | | | 19,260.61 |
| **Grand Total** | | | 212,340.40 |

DocuSign Envelope ID: C3FC4FF8-55B3-4EF9-8257-150215F6AD66

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

In re  **Heartland Cabinetry And Furniture, Inc.** _____   Case No. _____
                                            Debtor(s)                Chapter      **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...........................   $ _____**50,000.00**

    Prior to the filing of this statement I have received ....................   $ _____**50,000.00**

    Balance Due ..............................................................   $ _____**0.00**

2.  $__**1,738.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December  8, 2023**_____      /s/ Trey Monsour_____
*Date*                                            **Trey Monsour**
                                                  *Signature of Attorney*
                                                  **Fox Rothschild LLP**
                                                  **2501 N. Harwood St.**
                                                  **Suite 1800**
                                                  **Dallas, TX 75201**
                                                  **(972) 991-0889  Fax: (972) 404-0516**
                                                  **tmonsour@foxrothschild.com**
                                                  *Name of law firm*

DocuSign Envelope ID: C3F64FFB-55B3-46F9-8257-150215F6AD66

# United States Bankruptcy Court
## Northern District of Texas

In re    **Heartland Cabinetry And Furniture, Inc.**        Case No. _____

                           Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JOE M SCRUDDER, JR**<br>**3451 Chapel Oaks, #403**<br>**Coppell, TX 75019** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December  8, 2023**                  Signature   *J. Marcus Scrudder*

                                                  DocuSigned by:<br>                                            F050E33F0F5443F...<br>                                     J. Marcus Scrudder

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

DocuSign Envelope ID: C3EC4FFB-55B3-46F9-825F-150215F6AD66

BTXN 094 (rev. 5/04)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:                          §
                                 §

**Heartland Cabinetry And Furniture, Inc.**    §       Case No.:
                                 §
                                 §
                 Debtor(s)     §
                                 §

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■    is the first mail matrix in this case.

☐    adds entities not listed on previously filed mailing list(s).

☐    changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐    deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:    **December  8, 2023**          *J. Marcus Scrudder*
                                      **J. Marcus Scrudder/President**
                                      Signer/Title

Date:    **December  8, 2023**          /s/ Trey Monsour
                                      Signature of Attorney
                                      **Trey Monsour**
                                      **Fox Rothschild LLP**
                                      **2501 N. Harwood St.**
                                      **Suite 1800**
                                      **Dallas, TX 75201**
                                      **(972) 991-0889  Fax: (972) 404-0516**

                                      **45-4947462**
                                      Debtor's Social Security/Tax ID No.

                                      Joint Debtor's Social Security/Tax ID No.

DocuSign Envelope ID: C3FC4FF8-55B2-46F9-825F-15D215F6AD66

ABS TRIM AND CABINETS
1521 TEDDY TRAIL
GLENN HEIGHTS, TX 75154


ADAM B WYNN
5329 Glade Ln.
Grapevine, TX 76051


ALAN-ANTHONY ABRASIVES, LLC
P.O. BOX 381442
DUNCANVILLE, TX 75138


ALLY FINANCIAL
PO BOX 9001951
LOUISVILLE, KY 40290-1951


ALLY FINANCIAL
P.O. BOX 9001951
Louisville, KY 40290-1951


ALTUS RECEIVABLES MANAGEMENT
P.O. BOX 186
Metairie, LA 70004-0186


AMERICAN FUNDS
P.O. BOX 659530
SAN ANTONIO, TX 78265-9530


AMPARO JIMENEZ
3316 Bryan Ave.
Fort Worth, TX 76110


ANDREA GOMEZ
7832 West Park Ln.
Mansfield, TX 76063

DocuSign Envelope ID: C3FC4F5B-55B2-46F9-825F-15D215F6AD66

ANHTUNG M LE
6020 Brandy Wood Tr.
Fort Worth, TX 76018


APOLLO MACHINE TOOL SERVICES, INC.
PO BOX 5708
ARLINGTON, TX 76005


ARLINGTON UTILITIES
P.O. BOX 90020
ARLINGTON, TX 76004-0020


BARNEY ROBINSON HARDWOODS
P.O. BOX 2374
FT. WORTH, TX 76113


BAZLEY, REBEKKAH
122 COZY COURT
CHICO, TX 76431


BEBERSTEIN, DANIEL
2381 CR208
ALVARADO, TX 76009


BELLINGER & SUBERG L.L.P.
12221 MERIT DRIVE, SUITE 1750
DALLAS, TX 75251


BLACK OAK RENOVATIONS
342 CR 2420
PICKTON, TX 75471


BLOYEN, GLENDA & NICHOLAS
487 STONEY ACRES
PONDER, TX 76259

DocuSign Envelope ID: C3FC4FF8-55B3-46F9-825F-15D215F6AD66

BLUE QUAIL BUILDERS
3535 W 7TH ST. B
FORT WORTH, TX 76107


BRABEC CUSTOM HOMES
1015 CHAMPIONS DR, SUITE 125
ALEDO, TX 76008


BRAZOS FOREST PRODUCTS
2760 N. GREAT SOUTHWEST PARKWAY
GRAND PRAIRIE, TX 75050


CAPITAL ONE SPARK VISA
PO BOX 71083
CHARLOTTE, NC 28272-1083


CLETO BECERRA
3316 Bryan Ave.
Fort Worth, TX 76110


COMPLETE CONSUMER SOLUTIONS, INC
170 S GREEN VALLEY PKWY, SUITE 300
HENDERSON, NV 89012


COUTO HOMES
2155 E. HWY 377
GRANBURY, TX 76048


CR CUSTOM HOMES
4329 NASHWOOD LANE
DALLAS, TX 75244


D&R
11060 HARRY HINES BLVD
DALLAS, TX 76001

DocuSign Envelope ID: C3FC4FF8-55B3-46F9-825F-150215F64D66

DC TEXAS
1348 W US 287 BYPASS SUITE 100
WAXAHACHIE, TX 75165


DESCO CUSTOM BUILDERS, INC.
1 BELLA PORTA PLACE
DALLAS, TX 75254


DIIP LL, LLC
PO BOX 27074
NEWARK, NJ 07101


EDGE OF ARLINGTON
124 S COLLINS, ST
ARLINGTON, TX 76010


EDUARDO N PEREZ
7125 Misty Meadows Dr.
Fort Worth, TX 76133


EDWARD BARBER
6608 Olive Wood Dr.
Arlington, TX 76001


ELADIO DELGADILLO
5672 Comer Dr.
Fort Worth, TX 76134


EMC INSURANCE
717 MULBERRY
DES MOINES, IA 50309


ERICK MOREIRA
1211 Stone Creek Dr.
Mansfield, TX 76063

DocuSign Envelope ID: C3EC4FF8-55B3-46F9-825F-150215F6AD66

```
EVANS MANAGEMENT
2300 COUNTRY RD 920
CROWLEY, TX 76036


FEDERATED INSURANCE
P.O. BOX 95231
CHICAGO, IL 60694-5231


FEDEX
P.O. BOX 660481
DALLAS, TX 75266-0481


FILIBERTO HERRERA
612 McCurdy St.
Fort Worth, TX 76104


FIRST DATA MERCHANT SERVICES
PO BOX 186
METAIRIE, LA 07004-0186


FRED EVANS CUSTOM HOMES
200 LILA BLUE
VAN ALSTYNE, TX 75495


FREEDMAN, PRICE & ANZIANI, P.C.
1102 WEST AVENUE SUITE 200
Austin, TX 78701


FRONTLINE ASSET STRATEGIES, LLC
10550 DEERWOOD PARK BLVD, SUITE 309
Jacksonville, FL 32256


GINA TORRES
3203 Willing Ave.
Fort Worth, TX 76110
```

DocuSign Envelope ID: C3FC4FFB-55B2-46F9-8257-150215F6AD66

GRISHAM & KENDALL, PLLC
5910 N. CENTRAL EXPRESSWAY
PREMIER PLACE - SUITE 925
Dallas, TX 75206


HALLER CONSTRUCTION
2624 SILVERTHORNE DR
DALLAS, TX 75284


HALO WOODS
2386 FARADAY AVE, SUITE 125
CARLSBAD, CA 92008


Hamilton & Lucio, P.C.
Bryant Touchy, Esq., Erick Lucio, Esq.
805 Old Port Isabel Road
Brownsville, TX 78521


HARDWARE RESOURCES
P.O. BOX 732674
DALLAS, TX 75373-2674


HARDWOODS SPECIALTY PRODUCTS
833 S. GREAT SOUTHWEST PKWY
GRAND PRAIRIE, TX 75051


HAVEN HOMES, INC.
PO BOX 1864
COLLEYVILLE, TX 76034


HDH FINANCIAL, LLC
PO BOX 24328
FT WORTH, TX 76124


HEATHERDALE CUSTOM HOMES
3302 HUNTER OAKS CT
MANSFIELD, TX 76063

DocuSign Envelope ID: C3FC4FE8-55B2-46F9-8257-150215F64D66

```
HELSTOWSKI LAW FIRM
5209 HERITAGE AVE, SUITE 510
COLLEYVILLE, TX 76034


HP SEARS
2000 18TH STREET
Bakersfield, CA 93301-4292


HUDSON ENERGY
P.O. BOX 731137
DALLAS, TX 75373-1137


HUMPHREY, CONNOR & RACHEL
4217 DAWN DR
BENBROOK, TX 76116


INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039



INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT 84201-0010


INTUIT (QUICKBOOKS)
2700 COAST AVE
MOUNTAIN VIEW, CA 94043


JAMESON AND DUNAGAN, P.C.
KYLE R. MILLSAP, ESQ.
5429 LBJ FREEWAY, SUITE 300
Dallas, TX 75240


JOE M SCRUDDER, JR
3451 Chapel Oaks, #403
Coppell, TX 75019
```

DocuSign Envelope ID: C3FC4FF8-55B3-46F9-825F-150215F6AD66

JONES, DAVIS & JACKSON, PC
MATTHEW K. DAVIS, ESQ.
15110 DALLAS PARKWAY, SUITE 300
Dallas, TX 75248


JORGE GARCIA
7305 Twin Parks Dr.
Arlington, TX 76001


JORGE MORENO PIMENTEL
521 McCurdy St.
Fort Worth, TX 76104


JOSE J HERRERA
521 McCurdy St.
Fort Worth, TX 76104


JOSEPH HOGAN
1723 FOREST HILLS DR.
HARKER HEIGHTS, TX 76548-1825


K. STEWART LAW, P.C.
Kelly Stewart, Esq.
5949 Sherry Lane, Suite 900
Dallas, TX 75225


KAESER COMPRESSORS
P O BOX 946
FREDERICKSBURG, VA 22404


KASSIA GARCIA
5405 Prince Dr.
Dallas, TX 75065


KELLY-MOORE PAINTS
PO BOX 59724
LOS ANGELES, CA 90074-9724

DocuSign Envelope ID: C3FC4FFB-55B3-46F9-825F-150215F6AD66

```
KENNETH R ROBERTS
3610 Twin Creeks Dr.
Cleburne, TX 76031


LABOR READY CENTRAL
P.O. BOX 676412
DALLAS, TX 75267-6412


LARSON CONSTRUCTION
6549 TRAMMEL DR
DALLAS, TX 75214


LAUGHLIN, GEORGE AND STEPHANIE
4911 HEATHERBROOK
DALLAS, TX 75244


LAW OFFICES OF NICK NAMETH
4101 MCEWEN RD, SUITE 750
DALLAS, TX 75244


LEAKE & ANDERSSON LLP
C. HUNTER WILLIAMS, ESQ.
1100 POYDRAS STREET, SUITE 1700
New Orleans, LA 70163


LINEBARGER GOGGAN BLAIR AND SAMPSON, LLP
100 THROCKMORTON, SUITE 1700
Fort Worth, TX 76102


LOUIS & COMPANY
P.O. BOX 2253
BREA, CA 92822-2253


MA CRISTINA GALLEGOS
1714 Glynn Oaks Dr.
Arlington, TX 76010
```

DocuSign Envelope ID: C3FC4FF8-55B3-46F9-825F-150215F6AD66

```
MAPLE MARK
4143 MAPLE AVE, SUITE 100
DALLAS, TX 75219


MapleMark Bank
Reagan Place at Old Park and
3963 Maple Avenue, Suite 260
Dallas, TX 75219


MARGARITO MARTINEZ
1210 W. Fogg St.
Fort Worth, TX 76110


MARLIN BUSINESS BANK
PO BOX 13604
PHILADELPHIA, PA 19101-3604


Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101


MARSH & MCLENNAN AGENCY, LLC
PO BOX 848315
DALLAS, TX 84570-3344


MELCHOR VIZCARRA
4109 Brambleton Pl.
Forest Hill, TX 76119


MIRASHIFT THERAPY, PLLC
4215 BOCA BAY DR
DALLAS, TX 75244


MJB WOOD GROUP
PO BOX 207686
DALLAS, TX 75320-7686
```

MODERN LIVING
5103 VICKERY BLVD
DALLAS, TX 75244


MODULAR PLUS
1400 WESTPARK WY
EULESS, TX 76040


MODULARDESIGN+, LLC
C/O K. STEWART LAW, P.C.
5949 SHERRY LANE, SUITE 900
Dallas, TX 75225


NEXTLEVEL STAFFING
C/O BRIDGEPORT CAPITAL FUNDINGS
PO BOX 101004
ATLANTA, GA 30392-1004


PAMELA A KIPER
220 Laurel St.
Mansfield, TX 76063


PASSMAN AND JONES
1201 ELM STREET
DALLAS, TX 75270


PCI Valcasi, LLC
2911 Turtle Creek Blvd, Suite 1200
Dallas, TX 75219


PCI Valcasi, LLC (DIIP LL, LLC)
2911 Turtle Creek Blvd, Suite 1200
Dallas, TX 75219


PEAC SOLUTIONS
PO BOX 136004
PHILADELPHIA, PA 19101-3604

DocuSign Envelope ID: C3E41FF8-55B3-46F9-825F-15021F6AD66

PLSE CHECK CASHERS
C/O HP SEARS
2000 18TH STREET
Bakersfield, CA 93301-4292


POWDERS, STEVE AND ANN
741 LIONEL WAY
FORT WORTH, TX 76108


PREMIER SYSTEMS
3001 E PLANO PKWY, SUITE 200
PLANO, TX 75074


QUANTUM CUSTOM HOMES, INC.
820 S MACARTHUR BLVD #105
COPPELL, TX 75019


RAMSEY & SHAW
3728 CRESTHAVEN TER
FORT WORTH, TX 76107


REPUBLIC SERVICES
P.O. BOX 78829
PHOENIX, AZ 85062-8829


RICHELIEU
7021 STERLING PONDS BLVD.
STERLING HEIGHTS, MI 48312-5809


ROSA VISCARRA
4109 Brambleton Pl.
Forest Hill, TX 76119


ROUNDTREE RESIDENCE
2621 WHISPERING OAK COVE
CEDAR HILL, TX 75104

DocuSign Envelope ID: C3EC4FFB-55B3-46F9-825E-150215F6AD66

RUGBY HOLDINGS, LLC
c/o Hamilton & Lucio, P.C.
Bryant Touchy, Esq.
805 Old Port Isabel Road
Brownsville, TX 78521


SANDRA SEATON & CHRISTIAN MATTHEW SEATON
3013 GREENHILL DR
PLANO, TX 75093


SCM GROUP NORTH AMERICA
2475 SATELITE BLVD
DULUTH, GA 30096


SHERIFF, DARREN
2214 BECKY LANE
CEDAR HILL, TX 75104


SHERWIN WILLIAMS
2955 INDUSTRIAL LN
GARLAND, TX 75041


SLR TEXAS CONSTRUCTION, LLC
2300 N. FIELD STREET, SUITE 800
DALLAS, TX 75201


SMITH, KEVIN
226 STONEWALL DR
STREETMAN, TX 75848


SPECTRUM BUSINESS
PO BOX 60074
CITY OF INDUSTRY, CA 91716


STEVEN BEAL
1140 Baroncrest Dr.
Arlington, TX 76017

```
STOKES, KRISTI
5636 FAIRFAX DR
FRISCO, TX 75034


STRANGE & SONS DEVELOPMENT
PO BOX 190191
DALLAS, TX 75219


TAPROOT BUILDING COMPANY
3507 OAKWOOD DR
GRAPEVINE, TX 76051


TARRANT COUNTY TAX OFFICE
100 E WEATHERFORD STREET
FORT WORTH, TX 76196


Tarrant County, et al.
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. STEMMONS FWY, SUITE 1000
DALLAS, TX 75207


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
P.O. BOX 149348
AUSTIN, TX 78714-9348


TEXAS MUTUAL WORKERS COMPENSATION INS.
P.O. BOX 841843
Dallas, TX 75284-1843


TEXAS SECRETARY OF STATE
1090 Brazos Street
Austin, TX 78701


TEXAS WORKFORCE COMMISSIONS
P O BOX 149037
FORT WORTH, TX 76102
```

DocuSign Envelope ID: C3FC4FF8-55B3-46F9-825F-15D215F6AD66

The Receivable Management Services LLC
4612 N. University Drive #552
Pompano Beach, FL 33067


THERESA SCRUDDER
261 EDMONDSON DRIVE
Coppell, TX 75019


THOMPSON & KNIGHT LLP
1722 ROUTH STREET SUIT 1500
DALLAS, TX 75201-2533


TIFFANY COOKE
5503 VANDERBILT AVE
DALLAS, TX 75206


TROY CULP
PO Box 2287
Burleson, TX 76097


TURNKEY CONSTRUCTION
7990 MANSFIELD HIGHWAY
KENNEDALE, TX 76050


WEX BANK (LVNV FUNDING LLC)
P.O. BOX 6293
CAROL STREAM, IL 60197-6293


WTC LUMBER
P.O. BOX 360
LINDEN, TX 76001


WURTH
3080 N GREAT SW PKWY
GRAND PRAIRIE, TX 75050

DocuSign Envelope ID: C3FC4FFB-55B3-46F9-8257-150215F6AD66

YOLANDA E SALAZAR
12280 Rondon Rd., D4
Kennedale, TX 76028